*Elektroninio dokumento nuorašas*



**VALSTYBĖS ĮMONĖ REGISTRŲ CENTRAS**

Studentų g. 39, 08106 Vilnius, tel. +370 5 268 8262, el. p. info@registrucentras.lt
Duomenys kaupiami ir saugomi Juridinių asmenų registre, kodas 124110246

UAB "QBIT FINANCIAL SERVICE"         Į 2025-01-13    Nr. 42496068
chih@incacoalition.com

**DĖL DOKUMENTO KOPIJOS PATEIKIMO**

Valstybės įmonė Registrų centras tenkindama Jūsų 2025-01-13 prašymą „Suteikti juridinių asmenų registro duomenis" (valstybės įmonės Registrų centro Paslaugų apskaitos sistemoje 2025-01-13 įregistruotas Nr. 42496068), kuriuo prašoma pateikti Juridinių asmenų registro dokumentų kopijas, pateikia UAB "QBIT FINANCIAL SERVICE", kodas 305577101 nurodytų dokumentų kopijas.

PRIDEDAMA:
1. 2022-12-04 įstatai , 4 lapai.
2. 2020-05-25 steigimo aktas, 5 lapai,
3. 2023-01-16 prašymas registruoti Juridinių asmenų registre JAR-1-E, 3 lapai,
4. 2023-11-29 Pranešimas Juridinių asmenų registro tvarkytojui apie vykdomą / nutrauktą virtualiųjų valiutų keityklos operatoriaus ar depozitinių virtualiųjų valiutų piniginių operatoriaus veiklą, , 3 lapai.

Jolanta Ševčenkienė, tel. +370 5 268 8262, el. p. info@registrucentras.lt

UAB "QBIT FINANCIAL SERVICE"

ĮSTATAI

## I SKYRIUS
## BENDROSIOS NUOSTATOS

1. UAB "QBIT FINANCIAL SERVICE" (toliau – Bendrovė) yra ribotos civilinės atsakomybės privatusis juridinis asmuo, kuris savo veikloje vadovaujasi Lietuvos Respublikos civiliniu kodeksu, Lietuvos Respublikos akcinių bendrovių įstatymu (toliau - Akcinių bendrovių įstatymas), kitais Lietuvos Respublikos teisės aktais, taip pat šiais įstatais.
2. Bendrovės teisinė forma – uždaroji akcinė bendrovė.
3. Bendrovės veiklos laikotarpis – neribotas.
4. Bendrovės finansiniai metai – sausio mėn. 1 d. – gruodžio mėn. 31 d.

## II SKYRIUS
## BENDROVĖS VEIKLOS TIKSLAI IR OBJEKTAS

5. Bendrovės veiklos tikslai: paslaugų teikimas, didmeninė ir mažmeninė prekyba, gamyba, trestų, fondų ir panašių institucijų veikla, bet kokia veiklos rūšis, neprieštaraujanti Lietuvos Respublikos įstatymams.
Bendrovė gali užsiimti bet kokia kita veikla, kuri neprieštarauja Lietuvos Respublikos teisės aktams.

## III SKYRIUS
## BENDROVĖS ĮSTATINIS KAPITALAS, AKCIJOS NOMINALI VERTĖ, AKCIJŲ SKAIČIUS IR SUTEIKIAMOS TEISĖS

6. Bendrovės įstatinis kapitalas yra 125000 Eur.
7. Bendrovės įstatinis kapitalas padalytas į 5000 paprastųjų (-ąsias) vardinių (-es) akcijų (-as).
8. Bendrovės akcijos nominali vertė yra 25 Eur.
9. Bendrovės akcijos yra nematerialios.
10. Kiekviena akcija, už kurią visiškai sumokėta, ją turinčiam akcininkui Bendrovės visuotiniame akcininkų susirinkime suteikia vieną balsą.
11. Bendrovės akcininkų teises ir pareigas nustato Akcinių bendrovių įstatymas ir kiti Lietuvos Respublikos įstatymai.

## IV SKYRIUS
## BENDROVĖS VALDYMAS

12. Bendrovės organai:
12.1. visuotinis akcininkų susirinkimas;
12.2. stebėtojų taryba Bendrovėje nesudaroma;
12.3. valdyba Bendrovėje nesudaroma;
12.4. vadovas.
13. Visuotinio akcininkų susirinkimo kompetencija, jo sušaukimo tvarka, kitų Bendrovės organų kompetencija, jų rinkimo ir atšaukimo tvarka nesiskiria nuo nurodytųjų Akcinių bendrovių įstatyme. Jeigu Bendrovės visų akcijų savininkas yra vienas asmuo, jo raštiški sprendimai prilyginami visuotinio akcininkų susirinkimo sprendimams.

## V SKYRIUS
## BENDROVĖS PRANEŠIMŲ SKELBIMO TVARKA

14. Kai Bendrovės pranešimai turi būti paskelbti viešai, jie skelbiami VĮ Registrų centro leidžiamame elektroniniame leidinyje „Juridinių asmenų vieši pranešimai".

15. Kiti Bendrovės pranešimai akcininkams ir kitiems asmenims siunčiami registruotu laišku arba įteikiami pasirašytinai. Skubūs pranešimai gali būti perduoti elektroninių ryšių priemonėmis, originalai nedelsiant išsiunčiami adresatui registruotu laišku ar įteikiami pasirašytinai.
16. Akcininkams pranešimai yra siunčiami Bendrovės vertybinių popierių apskaitos dokumentuose nurodytu adresu.
17. Už pranešimų išsiuntimą ar jų įteikimą laiku atsako Bendrovės vadovas.

## VI SKYRIUS
## BENDROVĖS DOKUMENTŲ IR INFORMACIJOS PATEIKIMO AKCININKAMS TVARKA

18. Akcininko rašytiniu reikalavimu ne vėliau kaip per 7 dienas nuo reikalavimo gavimo dienos Bendrovės dokumentai, nesusiję su Bendrovės komercine (gamybine) paslaptimi ir konfidencialia informacija, akcininkui pateikiami susipažinti Bendrovės darbo valandomis jos buveinėje ar kitoje Bendrovės vadovo nurodytoje vietoje, kurioje dokumentai yra saugomi. Šių dokumentų kopijos akcininkui gali būti siunčiamos registruotu laišku arba įteikiamos pasirašytinai.
19. Akcininkas turi teisę susipažinti su visais Bendrovės dokumentais. Bendrovė gali atsisakyti sudaryti akcininkui galimybę susipažinti ir (ar) pateikti dokumentų, susijusių su Bendrovės komercine (gamybine) paslaptimi, konfidencialia informacija, kopijas, išskyrus atvejus, kai Bendrovės informacija akcininkui būtina įgyvendinti kituose teisės aktuose numatytus imperatyvius reikalavimus ir akcininkas užtikrina tokios informacijos konfidencialumą. Bendrovė privalo sudaryti akcininkui galimybę susipažinti su kita Bendrovės informacija ir (ar) pateikti dokumentų kopijas, jeigu tokia informacija ir dokumentai, įskaitant informaciją ir dokumentus, susijusius su Bendrovės komercine (gamybine) paslaptimi ir konfidencialia informacija, akcininkui būtini vykdant kituose teisės aktuose numatytus reikalavimus ir akcininkas užtikrina tokios informacijos ir dokumentų konfidencialumą. Bendrovė atsisako akcininkui pateikti dokumentų kopijas, jeigu negalima nustatyti dokumentų pareikalavusio akcininko tapatybės. Atsisakymą sudaryti akcininkui galimybę susipažinti ir (ar) pateikti dokumentų kopijas Bendrovė turi įforminti raštu, jeigu akcininkas to pareikalauja.
20. Bendrovės dokumentai, jų kopijos ar kita informacija akcininkams pateikiama neatlygintinai.

## VII SKYRIUS
## BENDROVĖS FILIALŲ IR ATSTOVYBIŲ STEIGIMAS IR VEIKLOS NUTRAUKIMAS

21. Bendrovė turi teisę steigti filialus ir atstovybes Lietuvos Respublikoje ir užsienio valstybėse.
22. Sprendimą steigti Bendrovės filialus ir atstovybes, nutraukti jų veiklą, skirti ir atšaukti Bendrovės filialų ir atstovybių vadovus priima, taip pat filialų ir atstovybių nuostatus tvirtina Bendrovės vadovas, vadovaudamasis (-is) teisės aktais.

## VIII SKYRIUS
## BENDROVĖS ĮSTATŲ KEITIMO TVARKA

23. Bendrovės įstatų keitimo tvarka nesiskiria nuo nurodytosios Akcinių bendrovių įstatyme.

*Dokumentas sudarytas elektroniniu būdu.*

| DETALŪS METADUOMENYS ||
|---|---|
| **Dokumento registracijos data ir numeris** | 2023-01-19 |
| **Dokumento gavimo data ir dokumento gavimo registracijos numeris** | 2023-01-16, - |
| **Parašo paskirtis** | Tvirtinimas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | POVILAS,NORKŪNAS |
| **Parašo sukūrimo data ir laikas** | 2023-01-16 15:27:13 |
| **Parašo formatas** | ETSI.CAdES.detached |
| **Laiko žymoje nurodytas laikas** | 2023-01-16 15:27:41 |
| **Informacija apie sertifikavimo paslaugų teikėją** | EID-SK 2016 |
| **Sertifikato galiojimo laikas** | 2019-07-20 11:56:29 -- 2024-07-18 23:59:59 |
| **Parašo paskirtis** | registruota Juridinių asmenų registre 2023 m. sausio 19 d.                  Kodas 305577101                  Vieta: Vilniaus regionas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | LAURA STASIŠKIENĖ |
| **Parašo sukūrimo data ir laikas** | 2023-01-19 14:49:17 |
| **Parašo formatas** | ETSI.CAdES.detached |
| **Laiko žymoje nurodytas laikas** | 2023-01-19 14:50:16 |
| **Informacija apie sertifikavimo paslaugų teikėją** | RCSC IssuingCA |
| **Sertifikato galiojimo laikas** | 2021-03-19 09:31:28 -- 2023-03-19 09:31:28 |
| **Parašo paskirtis** | Tvirtinimas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | RCSC TSA3 |
| **Parašo sukūrimo data ir laikas** | |
| **Parašo formatas** | ETSI.RFC3161 |
| **Laiko žymoje nurodytas laikas** | 2023-01-19 16:18:53 |
| **Informacija apie sertifikavimo paslaugų teikėją** | RCSC IssuingCA-2 |
| **Sertifikato galiojimo laikas** | 2021-11-04 15:22:47 -- 2027-11-04 15:22:47 |

| DETALŪS METADUOMENYS | |
|---|---|
| **Informacija apie būdus, naudotus metaduomenų vientisumui užtikrinti** | - |
| **Pagrindinio dokumento priedų skaičius** | - |
| **Programinės įrangos, kuria naudojantis sudarytas elektroninis dokumentas, pavadinimas** | - |
| **Informacija apie elektroninio dokumento ir elektroninio (-ių) parašo (-ų) tikrinimą (tikrinimo data)** | - |
| **Elektroninio dokumento nuorašo atspausdinimo data ir jį atspausdinęs darbuotojas** | - |
| **Paieškos nuoroda** | - |
| **Papildomi metaduomenys** | - |

Nuorašas tikras, turi prima facie galią

Dokumentą elektroniniu spaudu patvirtino VĮ Registrų centras
Data: 2025-01-28 12:52:14

| UAB "QBIT FINANCIAL SERVICE" STEIGIMO AKTAS | UAB "QBIT FINANCIAL SERVICE" MEMORANDUM OF ASSOCIATION |
|---|---|
| 2020 m. gegužės 25 d.<br>Vilnius | 25th of May 2020<br>Vilnius |
| **I. BENDROVĖS STEIGĖJAS**<br>1.1. **Yujun Wu**, Kinijos Liaudies Respublikos piliečio gimimo data 1989-09-12, Kinijos Liaudies Respublikos piliečio paso Nr. EF0115532, gyvenamoji vieta No. 6, row 2, zone 3, No. 101-1, Xianhua Road, Puyang Street, Pujiang County, Zhejiang Province, Kinijos Liaudies Respublika (toliau – „Steigėjas"), vadovaudamasis Lietuvos Respublikos akcinių bendrovių įstatymu ir kitais Lietuvos Respublikos teisės aktais, steigia **UAB "QBIT FINANCIAL SERVICE"** (toliau – „Bendrovė") ir sudaro šį Bendrovės steigimo aktą (toliau – „Aktas"). Bendrovės steigimą, registravimą ir veiklą reglamentuoja Lietuvos Respublikos teisės aktai, šis Aktas ir Bendrovės įstatai. | **I. INCORPORATOR OF THE COMPANY**<br>1.1. **Yujun Wu**, birth date of citizen of the People's Republic of China 1989-09-12, passport number of citizen of the People's Republic of China EF0115532, residence address No. 6, row 2, zone 3, No. 101-1, Xianhua Road, Puyang Street, Pujiang County, Zhejiang Province, People's Republic of China (hereinafter - Incorporator), following the Law on Companies of the Republic of Lithuania and other legal acts of the Republic of Lithuania, hereby establishes **UAB "QBIT FINANCIAL SERVICE"** (hereinafter – "the Company") and lays down the present Memorandum of Association of the Company (hereinafter – "the Memorandum of Association"). Establishment, registration and operation of the Company are regulated by the legal acts of the Republic of Lithuania, the present Memorandum of Association and the Articles of Association of the Company. |
| 1.2. Bendrovė steigiama uždaru būdu ir visas Bendrovės išleistas akcijas įsigyja Steigėjas. | 1.2. The Company is founded in a closed manner, and all issued shares of the Company are acquired by the Incorporator. |
| **II. BENDROVĖS PAVADINIMAS, TEISINĖ FORMA IR BUVEINĖ**<br>2.1. Bendrovės pavadinimas: **UAB "QBIT FINANCIAL SERVICE"**. | **II. NAME, LEGAL FORM AND DOMICILE OF THE COMPANY**<br>2.1. The name of the Company shall be: **UAB "QBIT FINANCIAL SERVICE"**. |
| 2.2. Bendrovės teisinė forma – uždaroji akcinė bendrovė. Bendrovė yra ribotos civilinės atsakomybės privatusis juridinis asmuo – pagal savo prievoles Bendrovė atsako tik savo turtu. | 2.2. The legal form of the Company shall be a private limited liability company. The Company shall exist as a private legal entity with a limited civil liability, and shall be liable for its obligations only by its property. |
| 2.3. Bendrovės buveinė: Filaretų g. 99A, Vilnius, Lietuvos Respublika, NTR kodas 1097-8005-5023:0085. | 2.3. The Company shall be domiciled at: Filaretų g. 99A, Vilnius, Republic of Lithuania, NTR code 1097-8005-5023:0085. |
| **III. BENDROVĖS ĮSTATINIO KAPITALO DYDIS, AKCIJŲ NOMINALI VERTĖ IR EMISIJOS KAINA. STEIGĖJO ĮSIGYJAMŲ AKCIJŲ SKAIČIUS IR APMOKĖJIMO TVARKA** | **III. THE AUTHORISED CAPITAL OF THE COMPANY, NOMINAL VALUE OF THE SHARES AND THE ISSUE PRICE. NUMBER OF SHARES ACQUIRED BY THE INCORPORATOR AND PAYMENT** |
| 3.1. Bendrovės įstatinio kapitalo, sudaromo iš Steigėjo įmokų už Bendrovės akcijas, dydis yra 2500 Eur (du tūkstančiai penki šimtai eurų). Bendrovės įstatinis kapitalas padalintas į 100 (vieną šimtą) paprastųjų vardinių akcijų. Vienos akcijos nominali vertė – 25 Eur (dvidešimt penki eurai). Akcijos emisijos kaina lygi jos nominaliai vertei. | 3.1. The authorized capital of the Company formed out of contributions of the Incorporator made for the shares of the Company amounts to 2500 Eur (two thousand five hundred euros). The authorized capital of the Company is divided into 100 (one hundred) ordinary registered shares, each of the nominal value of 25 Eur (twenty five euros). The issue price of a share equals its nominal value. |

Kopija tikra, turi prima facie galį

1

| | |
|---|---|
| 3.2. Šis Aktas kartu yra ir Bendrovės akcijų pasirašymo sutartis. Steigėjas pasirašo ir įsigyja 100 (vieną šimtą) paprastųjų vardinių 25 Eur (dvidešimt penkių eurų) nominalios vertės akcijų, kurios sudaro 100 (vieną šimtą) procentų visų akcijų skaičiaus. | 3.2. The present Memorandum of Association simultaneously constitutes the agreement on subscription of shares of the Company. The Incorporator subscribes for and acquires 100 (one hundred) ordinary registered shares of the nominal value of 25 Eur (twenty five euros), which makes 100 (one hundred) percent of the total shares. |
| 3.3. Už visas pasirašytas Bendrovės akcijas Steigėjas sumoka tokia tvarka: | 3.3. The Incorporator shall pay for the signed Company's shares in following order: |
| 3.3.1. pradinis įnašas – 2500 Eur (du tūkstančiai penki šimtai eurų) mokamas pinigais į Bendrovės kaupiamąją banko sąskaitą ne vėliau kaip iki 2020 m. spalio 31 d.; | 3.3.1. the initial contribution – 2500 Eur (two thousand five hundred euros) shall be paid in money into Company's accumulation bank account not later than 31st of October 2020; |
| 3.4. Iki Bendrovės įregistravimo Steigėjas neturi teisės perleisti akcijų kitiems asmenims. | 3.4. The Incorporator has not the right to transfer the shares to the other persons till the Company's registration. |
| 3.5. Sumokėjęs už visas pasirašytas akcijas, Steigėjas įgyja į jas nuosavybės teisę. | 3.5. The Incorporator gains the owner rights into shares after payment for all signed shares. |
| IV. BENDROVĖS AKCIJŲ SUTEIKIAMOS TEISĖS | IV. RIGHTS CARRIED BY THE SHARES OF THE COMPANY |
| 4.1. Kiekviena iš akcijų jos turėtojui suteikia šias neturtines teises: | 4.1. Each share shall grant its holder the following non-property rights: |
| 4.1.1. Dalyvauti ir pagal akcijų suteikiamas teises balsuoti visuotiniuose akcininkų susirinkimuose. Teisė balsuoti visuotiniuose akcininkų susirinkimuose gali būti uždrausta ar apribota Lietuvos Respublikos akcinių bendrovių įstatymo ir kitų įstatymų nustatytais atvejais, taip pat kai ginčijama nuosavybės teisė į akciją; | 4.1.1. To participate and vote according to the rights granted by the shares at general shareholders' meetings. The right to vote at general shareholders' meetings may be withdrawn or curtailed in cases set forth in the Law on Companies and other laws of the Republic of Lithuania, as well as in case of disputed title to a share; |
| 4.1.2. Iš anksto pateikti Bendrovei klausimų, susijusių su visuotinių akcininkų susirinkimų darbotvarkės klausimais; | 4.1.2. To raise questions to the Company in relation to the agenda of the General Shareholders' Meeting beforehand; |
| 4.1.3. Lietuvos Respublikos akcinių bendrovių įstatymo nustatyta tvarka gauti informaciją apie Bendrovę; | 4.1.3. To receive information on the Company as prescribed by the Law on Companies of the Republic of Lithuania; |
| 4.1.4. Kreiptis į teismą su ieškiniu, prašant atlyginti Bendrovei žalą, kuri susidarė dėl Bendrovės vadovo pareigų, nustatytų įstatymuose, taip pat Bendrovės įstatuose, nevykdymo ar netinkamo vykdymo, taip pat kitais įstatymų nustatytais atvejais; | 4.1.4. To refer to court with the claim for damages caused to the Company as a result of non-fulfilment of undue fulfilment of the duties of the head of the Company laid down in the laws and the Articles of Association of the Company, as well as in other cases provided for in the laws; |
| 4.1.5. Kitas Lietuvos Respublikos įstatymuose ir Bendrovės įstatuose nustatytas neturtines teises. | 4.1.5. Other non-property rights described in the laws of the Republic of Lithuania and the Articles of Association of the Company. |
| 4.2. Kiekviena iš akcijų jos turėtojui suteikia šias turtines teises: | 4.2. Each share shall grant its holder the following property rights: |
| 4.2.1. Gauti Bendrovės pelno dalį (dividendą); | 4.2.1. To receive a part of the profit of the Company (dividend); |
| 4.2.2. Gauti Bendrovės lėšų, kai Bendrovės kapitalas mažinamas siekiant akcininkams išmokėti Bendrovės lėšų; | 4.2.2. To receive funds of the Company where the capital of the Company is decreased in order to pay funds of the Company to the shareholders; |
| 4.2.3. Neatlygintinai gauti akcijų, jei įstatinis kapitalas didinamas iš Bendrovės lėšų, išskyrus Lietuvos Respublikos įstatymų numatytas išimtis; | 4.2.3. To receive shares on a gratuitous basis if the authorized capital is increased from the funds of the Company, except for the cases set forth in the laws of the Republic of Lithuania; |

Kopija tikra, turi prima facie gali

2

4.2.4. Pirmumo teise įsigyti Bendrovės išleidžiamų akcijų ir konvertuojamų obligacijų, išskyrus atvejį, kai visuotinis akcininkų susirinkimas Lietuvos Respublikos akcinių bendrovių įstatymo nustatyta tvarka nusprendžia pirmumo teisę visiems akcininkams atšaukti;

4.2.5. Įstatymų nustatytais būdais skolinti Bendrovei, tačiau Bendrovė, skolindamasi iš savo akcininkų, neturi teisės įkeisti akcininkams savo turto. Bendrovei skolinantis iš akcininko, palūkanos negali viršyti paskolos davėjo gyvenamojoje ar verslo vietoje esančių komercinių bankų vidutinės palūkanų normos, galiojusios paskolos sutarties sudarymo momentu. Tokiu atveju Bendrovei ir akcininkams draudžiama susitarti dėl didesnių palūkanų dydžio;

4.2.6. Gauti likviduojamos Bendrovės turto dalį;

4.2.7. Kitas Lietuvos Respublikos įstatymuose ir Bendrovės įstatuose nustatytas turtines teises.

4.3. Naudojimosi akcijų suteikiamomis turtinėmis ir neturtinėmis teisėmis tvarką nustato įstatymai ir Bendrovės įstatai.

## V. BENDROVĖS ATSTOVAS, JO TEISĖS IR PAREIGOS

5.1. Steigimo metu bendrovei atstovauja:

**YUJUN WU**, Kinijos Liaudies Respublikos piliečio gimimo data 1989-09-12, Kinijos Liaudies Respublikos piliečio paso Nr. EF0115532, gyvenamoji vieta No. 6, row 2, zone 3, No. 101-1, Xianhua Road, Puyang Street, Pujiang County, Zhejiang Province, Kinijos Liaudies Respublika; arba
**ŠARŪNAS BADAUSKAS**, a.k. 38109210706, gyv. Ukmergės g. 300E-68, Vilnius; arba

**MARIJA KOMIAGO**, a.k. 48901160132, gyv. Igno Šimulionio g. 5-50, Vilnius,
(toliau – Atstovas).

5.2. Atstovo pareigos:
5.2.1. atidaryti steigiamos Bendrovės kaupiamąją sąskaitą banke;
5.2.2. parengti ir, esant būtinybei, pasirašyti Bendrovės įstatus;
5.2.3. atlikti kitus su Bendrovės steigimu susijusius veiksmus;
5.2.4. pateikti / atsiimti dokumentus VĮ Registrų

4.2.4. To exercise the right of pre-emption in acquisition of shares and convertible debentures issued by the Company, except when the General Shareholders' Meeting resolves, in adherence to the provisions of the Law on Companies of the Republic of Lithuania, to withdraw the right of pre-emption in respect of all shareholders;

4.2.5. To accommodate the Company with a loan in the manner prescribed by the laws, however, when borrowing from its shareholders, the Company shall not have the right to pledge its property to the same. In case of borrowing by the Company from the shareholder the interest may not exceed the average interest rate of commercial banks operating in the residence or business location of the creditor effectual at the moment of conclusion of the credit agreement. In this case agreement between the Company and its shareholders on a higher interest is forbidden;

4.2.6. To receive a part of the property of the Company in liquidation;

4.2.7. Other property rights described in the laws of the Republic of Lithuania and the Articles of Association of the Company.

4.3. Exercising of the property and non-property rights carried by the shares is governed by the laws and the Articles of Association of the Company.

## V. REPRESENTATIVE OF THE COMPANY, HIS RIGHTS AND DUTIES

5.1. At the time of establishing the Company is represented by:

**YUJUN WU**, birth date of citizen of the People's Republic of China 1989-09-12, passport number of citizen of the People's Republic of China EF0115532, residence address No. 6, row 2, zone 3, No. 101-1, Xianhua Road, Puyang Street, Pujiang County, Zhejiang Province, People's Republic of China : or

**ŠARŪNAS BADAUSKAS**, personal identity code 38109210706, residence address Ukmergės str. 300E-68, Vilnius; arba

**MARIJA KOMIAGO**, personal identity code 48901160132, residence address Igno Šimulionio str. 5-50, Vilnius,
(hereinafter - Representative).

5.2. Representative Duties:
5.2.1. to open a cumulative account of the established Company in the bank;
5.2.2. to prepare and, if necessary, sign the Articles of Association of the Company;
5.2.3. to perform other actions related to the establishment of the Company;

Kopija tikra, turi prima facie galią

3

Centre, notaro biure, bankuose;

5.2.5. per 7 dienas nuo Bendrovės įregistravimo Juridinių asmenų registre dokumentus, sudarytus steigiamos Bendrovės vardu, ir su Bendrovės įsteigimu susijusius dokumentus perduoti Bendrovės vadovui perdavimo aktu.

5.3. Atstovas turi teisę sudaryti sandorius steigiamos Bendrovės vardu, nurodydamas, kad sandoris sudaromas steigiamos Bendrovės vardu ir dėl jos interesų. Steigiamos Bendrovės vardu sudaryti sandoriai po Bendrovės įregistravimo, kai juos patvirtina vadovas, tampa Bendrovės sandoriais.

## VI. BENDROVĖS STEIGIMO IŠLAIDŲ KOMPENSAVIMAS IR ATLYGINIMAS UŽ STEIGIMĄ

6.1. Steigėjas įsipareigoja apmokėti visas Bendrovės steigimo išlaidas. Steigėjo patirtas Bendrovės steigimo išlaidas, pagrįstas dokumentais, Bendrovė iš savo lėšų kompensuoja Steigėjui per 30 (trisdešimt) dienų po Bendrovės įregistravimo.

6.2. Bendrovės steigimo išlaidos kompensuojamos Steigėjui arba tretiesiems asmenims, jeigu steigimo išlaidos yra pagrįstos juridinę galią turinčiais dokumentais.

6.3. Steigėjui atlyginimas už Bendroves steigimą nėra mokamas.

## VII. BAIGIAMOSIOS NUOSTATOS

7.1. Šis Aktas suteikia teisę atidaryti Bendrovės kaupiamąją sąskaitą Lietuvos Respublikoje įregistruotame banke.

7.2. Bendrovė turi būti įregistruota Lietuvos Respublikos Juridinių asmenų registre. Nuo Bendrovės įregistravimo dienos Bendrovė laikoma įsteigta ir įgyja juridinio asmens teises. Bendrovė įregistruojama po to, kai yra įmokėtas pradinis įnašas už pasirašytas akcijas, paskirti Bendrovės valdymo organų nariai, įvykdytos kituose įstatymuose bei šiame Akte nustatytos prievolės, taip pat Juridinių asmenų registro tvarkytojui pateikti įstatymų nustatyti dokumentai.

7.3. Jei per 6 (šešis) mėnesius nuo šio Akto sudarymo dienos Bendrovė nebuvo įregistruota, ji laikoma neįsteigta, o šiam terminui pasibaigus įmokėti įnašai už pasirašytas akcijas grąžinami Steigėjui.

7.4. Jei Bendrovė neįsteigiama, įnašai už pasirašytas akcijas Steigėjui grąžinami per 1 (vieną) mėnesį nuo
Kopija tikra, turi prima facie gali

5.2.4. to submit / withdraw documents to the State Enterprise Center of Registers, notary office, banks;

5.2.5. within 7 (seven) days of the registration day of the Company, hand over documents drawn up on behalf of the Company and related to establishment of the Company to the head of the Company.

5.3. The representative has the right to enter into transactions on behalf of the Company, stating that the transaction is concluded on behalf of and in the interest of the Company being established. Transactions entered into on behalf of the Company after the Company's registration, when approved by the Manager, become transactions of the Company.

## VI. COMPENSATION OF ESTABLISHMENT COSTS AND REMUNERATION FOR ESTABLISHMENT

6.1. The Incorporator undertakes to cover all establishment costs. The Company shall compensate the documented establishment costs to the Incorporator from its funds within 30 (thirty) days of the registration day of the Company.

6.2. The establishment costs shall be compensated to the Incorporator or third persons subject to their substantiation by legally valid documents.

6.3. The Incorporator shall receive no remuneration for incorporation of the Company.

## VII. FINAL PROVISIONS

7.1. The present Memorandum of Association gives the right to open an accumulation account of the Company in any bank registered in the Republic of Lithuania.

7.2. The Company shall be registered with the Register of Legal Entities of the Republic of Lithuania. The Company shall be deemed established and shall gain the rights of a legal entity of the day of its registration. The Company shall be registered after payment of initial contribution for the subscribed shares, appointment of members of the management bodies of the Company, fulfilment of obligations set forth in other laws and the present Memorandum of Association and submission of the documents prescribed by the laws to the keeper of the register of legal entities.

7.3. In case of failure to register the Company within 6 (six) months of the date of the Memorandum of Association the Company shall be deemed not established, and contributions paid for the subscribed shares shall be returned to the Incorporator after the final date of the registration period.

7.4. In case the Company is not established

4

atsisakymo įregistruoti Bendrovę arba nuo termino, kurio Bendrovė turėjo būti įregistruota, pasibaigimo.

7.5. Steigėjas nusprendžia nesudaryti Bendrovės valdybos ir stebėtojų tarybos. Bendrovės organai yra visuotinis akcininkų susirinkimas ir vienasmenis valdymo organas – Bendrovės vadovas (direktorius). Valdybos kompetencijai priskirtas funkcijas atlieka Bendrovės vadovas (direktorius), išskyrus Lietuvos Respublikos akcinių bendrovių įstatymo nustatytas išimtis.

7.6. Steigėjas nusprendžia Bendrovės vadovu (direktoriumi) paskirti **Yujun Wu**, Kinijos Liaudies Respublikos piliečio gimimo data 1989-09-12, Kinijos Liaudies Respublikos piliečio paso Nr. EF0115532, gyvenamoji vieta No. 6, row 2, zone 3, No. 101-1, Xianhua Road, Puyang Street, Pujiang County, Zhejiang Province, Kinijos Liaudies Respublika.

7.7. Šis Aktas įsigalioja nuo jo pasirašymo momento.
7.8. Šis Aktas gali būti nutrauktas, pakeistas ar papildytas tik raštišku Steigėjo sprendimu.

Šis Aktas sudarytas 2020 m. gegužės 25 d. 3 (trimis) vienodą juridinę galią turinčiais egzemplioriais lietuvių ir anglų kalbomis. Esant neatitikimų tarp kalbų, bus vadovaujamasi tekstu lietuvių kalba.

contributions for the subscribed shares shall be returned to the Incorporator within 1 (one) month of the refusal to register the Company or of the final day of the registration period.
7.5. The Incorporator decides not to form the Board of Directors and the Supervisory Board of the Company. The General Shareholders' Meeting and the one-man management body – the head (Director) of the Company – shall be the bodies of the Company. The functions falling within the competence of the Board of Directors shall be performed by the head (Director) of the Company, except as prescribed by the Law on Companies of the Republic of Lithuania.
7.6. The Incorporator decides to appoint **Yujun Wu**, birth date of citizen of the People's Republic of China 1989-09-12, passport number of citizen of the People's Republic of China EF0115532, residence address No. 6, row 2, zone 3, No. 101-1, Xianhua Road, Puyang Street, Pujiang County, Zhejiang Province, People's Republic of China the head (director) of the Company.
7.7. The present Memorandum of Association shall take effect as of the moment of signing.
7.8. The present Memorandum of Association may be terminated or amended only by a written resolution of the Incorporator.

The present Memorandum of Association is done on 25th of May 2020 in 3 (three) copies of equal legal force in Lithuanian and English languages. In case of inadequacy between languages, Lithuanian text will prevail.

**Steigėjas/ Incorporator:**

**Yujun Wu**

_____
**(parašas / signature)**

Kopija tikra, turi prima facie gali

Dokumentą elektroniniu spaudu patvirtino VĮ Registrų centras
Data: 2025-01-28 12:53:01

Elektroninio dokumento nuorašas

**JAR – 1 – E**

# PRAŠYMAS

## REGISTRUOTI JURIDINIŲ ASMENŲ REGISTRE

Pakeistus duomenis ir steigimo dokumentus

| D1. Identifikaciniai duomenys | Kodas<br>305577101 | Pavadinimas<br>UAB "QBIT FINANCIAL SERVICE" |
|---|---|---|

| D2. Steigimo dokumento sudarymo data<br>2022-12-07 |
|---|

| D3. Registro tvarkytojui teikiami dokumentai | 1) Vienintelio akcininko sprendimas<br>2) Įstatai<br>3) Pažyma dėl UAB įstat. kapitalo didinimo |
|---|---|
| D4. Prašymą teikia | POVILAS NORKŪNAS |

| DETALŪS METADUOMENYS | |
|---|---|
| **Dokumento registracijos data ir numeris** | 2023-01-19 |
| **Dokumento gavimo data ir dokumento gavimo registracijos numeris** | 2023-01-16, - |
| **Parašo paskirtis** | Tvirtinimas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | POVILAS,NORKŪNAS |
| **Parašo sukūrimo data ir laikas** | 2023-01-16 15:29:02 |
| **Parašo formatas** | ETSI.CAdES.detached |
| **Laiko žymoje nurodytas laikas** | 2023-01-16 15:29:30 |
| **Informacija apie sertifikavimo paslaugų teikėją** | EID-SK 2016 |
| **Sertifikato galiojimo laikas** | 2019-07-20 11:56:29 -- 2024-07-18 23:59:59 |
| **Parašo paskirtis** | Tvirtinimas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | RCSC TSA3 |
| **Parašo sukūrimo data ir laikas** | |
| **Parašo formatas** | ETSI.RFC3161 |
| **Laiko žymoje nurodytas laikas** | 2023-01-19 16:15:39 |
| **Informacija apie sertifikavimo paslaugų teikėją** | RCSC IssuingCA-2 |
| **Sertifikato galiojimo laikas** | 2021-11-04 15:22:47 -- 2027-11-04 15:22:47 |

| DETALŪS METADUOMENYS ||
|---|---|
| **Informacija apie būdus, naudotus metaduomenų vientisumui užtikrinti** | - |
| **Pagrindinio dokumento priedų skaičius** | - |
| **Programinės įrangos, kuria naudojantis sudarytas elektroninis dokumentas, pavadinimas** | - |
| **Informacija apie elektroninio dokumento ir elektroninio (-ių) parašo (-ų) tikrinimą (tikrinimo data)** | - |
| **Elektroninio dokumento nuorašo atspausdinimo data ir jį atspausdinęs darbuotojas** | - |
| **Paieškos nuoroda** | - |
| **Papildomi metaduomenys** | - |

Nuorašas tikras, turi prima facie galią

Dokumentą elektroniniu spaudu patvirtino VĮ Registrų centras
Data: 2025-01-28 12:53:55

Elektroninio dokumento nuorašas

Forma patvirtinta
Valstybės įmonės Registrų centro
generalinio direktoriaus
2020 m. balandžio 28 d.
įsakymu Nr. VE-293 (1.3 E)

**JAR-PSA**

# PRANEŠIMAS JURIDINIŲ ASMENŲ REGISTRO TVARKYTOJUI APIE VYKDOMĄ PATIKOS, BENDROVIŲ STEIGIMO IR ADMINISTRAVIMO PASLAUGŲ TEIKĖJO, VIRTUALIŲJŲ VALIUTŲ KEITYKLOS OPERATORIAUS AR DEPOZITINIŲ VIRTUALIŲJŲ VALIUTŲ PINIGINIŲ OPERATORIAUS VEIKLĄ

(Pažymėti „⊙")

| Veikla | |
|---|---|
| Patikos paslaugų teikėjo veikla | ○ |
| Bendrovių steigimo ir administravimo paslaugų teikėjo veikla | ○ |
| Virtualiųjų valiutų keityklos operatoriaus veikla | ⊙ |
| Depozitinių virtualiųjų valiutų piniginių operatoriaus veikla | ⊙ |

| 1. Kodas **305577101** | 2. Pavadinimas **UAB QBIT FINANCIAL SERVICE** |
|---|---|
| 3. Veiklos pradžios data<br>**2023-11-30**<br>(metai-mėnuo-diena) | 4. Veiklos pabaigos data<br>- -<br>(metai-mėnuo-diena) |

**Patvirtinu,** kad:
1. šio juridinio asmens valdymo ir priežiūros organų nariai, naudos gavėjai nėra pripažinti kaltais dėl sunkaus nusikaltimo nuosavybei, turtinėms teisėms ir turtiniams interesams, ekonomikai ir verslo tvarkai, finansų sistemai, valstybės tarnybai ir viešiesiems interesams ir neturi neišnykusio ar nepanaikinto teistumo;
2. šis juridinis asmuo, jo valdymo ir priežiūros organų nariai, naudos gavėjai yra susipažinę su pinigų plovimą ir teroristų finansavimo prevenciją reglamentuojančiais teisės aktais ir atitinka jų reikalavimus.

Pranešimą užpildė

| **Įgaliotas** | | **Povilas Norkūnas** |
|---|---|---|
| (Pareigos) | (Parašas) | (Vardas, pavardė) |

Užpildymo data    **2023-11-29**
(metai-mėnuo-diena)

| DETALŪS METADUOMENYS | |
|---|---|
| **Dokumento registracijos data ir numeris** | 2023-11-30 |
| **Dokumento gavimo data ir dokumento gavimo registracijos numeris** | 2023-11-29, - |
| **Parašo paskirtis** | Kopija tikra |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | JELENA KLIMAŠEVSKAJA |
| **Parašo sukūrimo data ir laikas** | 2023-11-29 12:33:32 |
| **Parašo formatas** | ETSI.CAdES.detached |
| **Laiko žymoje nurodytas laikas** | 2023-11-29 14:33:35 |
| **Informacija apie sertifikavimo paslaugų teikėją** | RCSC IssuingCA |
| **Sertifikato galiojimo laikas** | 2022-09-22 09:18:33 -- 2024-09-21 09:18:33 |
| **Parašo paskirtis** | Tvirtinimas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | RCSC TSA3 |
| **Parašo sukūrimo data ir laikas** | |
| **Parašo formatas** | ETSI.RFC3161 |
| **Laiko žymoje nurodytas laikas** | 2023-11-29 14:33:36 |
| **Informacija apie sertifikavimo paslaugų teikėją** | RCSC IssuingCA-2 |
| **Sertifikato galiojimo laikas** | 2021-11-04 15:22:47 -- 2027-11-04 15:22:47 |

| DETALŪS METADUOMENYS | |
|---|---|
| **Informacija apie būdus, naudotus metaduomenų vientisumui užtikrinti** | - |
| **Pagrindinio dokumento priedų skaičius** | - |
| **Programinės įrangos, kuria naudojantis sudarytas elektroninis dokumentas, pavadinimas** | - |
| **Informacija apie elektroninio dokumento ir elektroninio (-ių) parašo (-ų) tikrinimą (tikrinimo data)** | - |
| **Elektroninio dokumento nuorašo atspausdinimo data ir jį atspausdinęs darbuotojas** | - |
| **Paieškos nuoroda** | - |
| **Papildomi metaduomenys** | - |

Nuorašas tikras, turi prima facie galią

Dokumentą elektroniniu spaudu patvirtino VĮ Registrų centras
Data: 2025-01-28 12:54:52

| DETALŪS METADUOMENYS | |
|---|---|
| **Dokumento sudarytojas (-ai)** | Valstybės įmonė Registrų centras |
| **Dokumento pavadinimas (antraštė)** | Dėl duomenų pakeitimo Juridinių asmenų registre 42496068 |
| **Dokumento registracijos data ir numeris** | 2025-01-28 Nr. SP-18748 (4.55 Mr) |
| **Dokumento gavimo data ir dokumento gavimo registracijos numeris** | - |
| **Dokumento adresatas (-ai)** | UAB "QBIT FINANCIAL SERVICE" |
| **Dokumento specifikacijos identifikavimo žymuo** | ADOC-V1.0 |
| **Parašo paskirtis** | Pasirašymas |
| **Parašą sukūrusio asmens vardas, pavardė ir pareigos** | Jolanta Ševčenkienė Vyriausioji specialistė |
| **Parašo sukūrimo data ir laikas** | 2025-01-28 15:40 |
| **Parašo formatas** | Trumpalaikio galiojimo (XAdES-T) |
| **Laiko žymoje nurodytas laikas** | 2025-01-28 15:40 |
| **Informacija apie sertifikavimo paslaugų teikėją** | RCSC IssuingCA |
| **Sertifikato galiojimo laikas** | 2023-05-02 11:18 - 2025-05-01 11:18 |
| **Informacija apie būdus, naudotus metaduomenų vientisumui užtikrinti** | - |
| **Pagrindinio dokumento priedų skaičius** | 4 |
| **Pagrindinio dokumento pridedamų dokumentų skaičius** | 0 |
| **Pridedamo dokumento sudarytojas (-ai)** | - |
| **Pridedamo dokumento pavadinimas (antraštė)** | įstatai.pdf |
| **Pridedamo dokumento registracijos data ir numeris** | - |
| **Pridedamo dokumento sudarytojas (-ai)** | - |
| **Pridedamo dokumento pavadinimas (antraštė)** | steigimo aktas.pdf |
| **Pridedamo dokumento registracijos data ir numeris** | - |
| **Pridedamo dokumento sudarytojas (-ai)** | - |
| **Pridedamo dokumento pavadinimas (antraštė)** | JAR-1-E.pdf |
| **Pridedamo dokumento registracijos data ir numeris** | - |
| **Pridedamo dokumento sudarytojas (-ai)** | - |
| **Pridedamo dokumento pavadinimas (antraštė)** | pranešimas.pdf |
| **Pridedamo dokumento registracijos data ir numeris** | - |
| **Programinės įrangos, kuria naudojantis sudarytas elektroninis dokumentas, pavadinimas** | Elpako v.20250127.3 |
| **Informacija apie elektroninio dokumento ir elektroninio (-ių) parašo (-ų) tikrinimą (tikrinimo data)** | Tikrinant dokumentą nenustatyta jokių klaidų (2025-01-28) |
| **Elektroninio dokumento nuorašo atspausdinimo data ir ją atspausdinęs darbuotojas** | 2025-01-28 nuorašą suformavo Dokumentų valdymo sistema RC E.SD (5) |
| **Paieškos nuoroda** | - |
| **Papildomi metaduomenys** | - |