

QBIT    Product    Company    Resources    Log in

# Contact us



### Business requirements

Innovative payment rails for your business.

Talk to sales >



### Become a Qbit partner

Improve client experiences with the best partners.

Partnerships >



### Support

Get answers to your questions related to our products.

Help center >



### Others

Customer service    support@qbitnetwork.com

Business cooperation    bd@qbitnetwork.com



# Company Address




#### Hangzhou
Ping An International Financial Center, Shangcheng District, Hangzhou

#### Shenzhen
China Resources Land Building, No. 91, Kefa Road, Nans District, Shenzhen



#### Hong Kong
OfficePlus @Mong Kok, No.998 Canton Road, Kowloon



#### US
Zanker Rd, Ste 110, San Jose, CA, 95131

# Frequently asked questions.

[Help center >](#)

- ▼ Why should you choose Qbit?
- ▼ What is Qbit Quantum Quantum Card?
- ▼ What is Qbit Global Account?



# Qbit, hassle-free banking experience.

Create an a



## Ready to create a Qbit account?

Sign Up

EN    

### Business Accounts

Global Account

Qbit Cards

Qbit Acquiring

Pay-outs

Business Incorporation

### API

BaaS

CaaS

### Developers

Product Documentation

API Reference

### Resources

Newsroom

Partners

Help Center

Privacy & Policy

### Compa

About U

Visa Prin Member

Complia

Contact

Zhejiang ICP B. 19050323 -1  Zhejiang Net A. B. No.33010402004040

Copyright © AILINGUAL LIMITED. All rights reserved.

