

| | |
|---|---|
| **STATE OF CALIFORNIA**<br>*Office of the Secretary of State*<br>**STATEMENT OF INFORMATION**<br>**LIMITED LIABILITY COMPANY**<br>California Secretary of State<br>1500 11th Street<br>Sacramento, California 95814<br>(916) 657-5448 | **For Office Use Only**<br>**-FILED-**<br>File No.: BA20241353598<br>Date Filed: 7/24/2024 |

| Entity Details | |
|---|---|
| Limited Liability Company Name | BYTECHIP LLC |
| Entity No. | 202021210840 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 620 WILLOWGATE ST,<br>APT 2<br>MOUNTAIN VIEW, CA 94043 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 620 WILLOWGATE ST,<br>APT 2<br>MOUNTAIN VIEW, CA 94043 |
| Attention | |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 620 WILLOWGATE ST,<br>APT 2<br>MOUNTAIN VIEW, CA 94043 |

| Manager(s) or Member(s) | |
|---|---|
| Manager or Member Name | Manager or Member Address |
| Yujun Wu | 620 WILLOWGATE ST,<br>APT 2<br>MOUNTAIN VIEW, CA 94043 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | REGISTERED AGENTS INC<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | INFORMATION TECHNOLOGY |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
|---|---|
| CEO Name | CEO Address |
| Yujun Wu | 620 WILLOWGATE ST,<br>APT 2<br>MOUNTAIN VIEW, CA 94043 |

| Labor Judgment |
|---|
| No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code. |

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*YUJUN WU*  
Signature

*07/24/2024*  
Date

B2911-2476 07/24/2024 3:07 AM Received by California Secretary of State