# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "BYTECHIP, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE EIGHTH DAY OF APRIL, A.D. 2019, AT 10:15 O`CLOCK A.M.

CERTIFICATE OF CHANGE OF REGISTERED AGENT, FILED THE FIFTEENTH DAY OF JUNE, A.D. 2021, AT 3:10 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "BYTECHIP, LLC".



Jeffrey W. Bullock, Secretary of State

7363157  8100H
SR# 20244429393

Authentication: 205269230
Date: 12-31-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# STATE of DELAWARE
# LIMITED LIABILITY COMPANY
# CERTIFICATE of FORMATION

## FIRST
## Name

The name of the limited liability company is:
Bytechip, LLC

## SECOND
## Registered Agent

The address of its registered office in the State of Delaware is 8 The Green, Suite B in the City of Dover. Zip code 19901.

The name of its registered agent at such address is Northwest Registered Agent Service, Inc.

## THIRD
## Duration

The duration of the limited liability company shall be perpetual.

## FOURTH
## Purpose

The purpose for which the company is organized is to conduct any and all lawful business for which Limited Liability Companies can be organized pursuant to Delaware statute.

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this 8th day of April, 2019.

By: *Morgan Noble*
Authorized Person

Name: Morgan Noble

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:15 AM 04/08/2019
FILED 10:15 AM 04/08/2019
SR 20192631219 - File Number 7363157

STATE OF DELAWARE

# CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

The Limited Liability Company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

FIRST: The name of the Limited Liability Company is BYTECHIP, LLC.

SECOND: The Registered Office of the Limited Liability Company in the State of Delaware is changed to 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex. The name of the Registered Agent at such address upon whom process against this Limited Liability Company may be served is Harvard Business Services, Inc.

By: _____ -Signature

Name: Yujun Wu _____ -Print Name

Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:10 PM 06/15/2021
FILED 03:10 PM 06/15/2021
SR 20212455027 - File Number 7363157