# Bytechip, LLC

 Policy Non-Conforming

*as of 2025-02-07 07:00:00+07:00*

United States of America

## LEI Code 254900VKX1GAIRTC3F69

### (Primary) Legal Name
Bytechip, LLC

### Registered At
(Division of Corporations, Department of State)
(Division of Corporations, Department of State)
Delaware, United States of America
RA000602

### Registered As
7363157

### Jurisdiction Of Formation
US-DE

### General Category
GENERAL

### Entity Legal Form
Limited Liability Company (en)
HZEH

### Entity Status
 ACTIVE

## BIC Code

BYLLUS62XXX

## OpenCorporates ID

us_de/7363157

## S&P Global Company ID

677262317

# Addresses

### Legal

c/o HARVARD BUSINESS SERVICES, INC.

16192 COASTAL HWY

19958

LEWES

US-DE

US | United States of America

### Headquarters

2381 Zanker Rd, Ste 110

Unit D

95131

San Jose

US-CA

US | United States of America

## Registration details 

**Registration Date**

2020-07-15 19:59:41+07:00

**Last Update**

2022-07-15 20:31:39+07:00

**Status**

🔴 LAPSED

**Next Renewal**

2022-07-15 19:59:41+07:00

**LEI Issuer**

Bloomberg Finance L.P. (Bloomberg)

5493001KJTIIGC8Y1R12

**Corroboration Level**

FULLY_CORROBORATED

**Data Validated At**

(Division of Corporations, Department of State)
(Division of Corporations, Department of State)
Delaware, United States of America
RA000602

**Data Validated As**

7363157

## Fund Relationships

## Branch Relationships ⓘ

## Parents ⓘ

| Parents 🔗 | Published Relationship ⓘ 🔗 | Lapsed Relationship ⓘ 🔗 | Reporting Exception ⓘ |

NATURAL_PERSONS 🔗  (Direct Parent Exception reported) ⓘ
NATURAL_PERSONS 🔗  (Ultimate Parent Exception reported) ⓘ

## Children ⓘ

Direct children (0)     🔗 Published Relationship ⓘ     🔗 Lapsed Relationship ⓘ

No direct child data available for Bytechip, LLC

Ultimate children (0)     🔗 Published Relationship ⓘ     🔗 Lapsed Relationship ⓘ

No ultimate child data available for Bytechip, LLC