# Exhibit A - Declaration of Michael Kozlowski

Vijay J. Rajagopal, State Bar No. 290886
  vijay@kurichetylaw.com
**KURICHETY LAW PC**
179 McKnight Drive, Suite 6
Laguna Beach, California 92651
Tel:    217-390-2505

Michael Kozlowski (*pro hac vice forthcoming*)
  Illinois State Bar No. 6320950
  michael.kozlowski@esbrook.com
**ESBROOK PC**
321 N. Clark Street Suite 1930
Chicago, Illinois 60654
Tel:    312-319-7682

Attorneys for Plaintiff
MICHAEL MASHKEVICH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL MASHKEVICH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UAB QBIT FINANCIAL SERVICE; BYTECHIP LLC; AND YUJUN WU;<br><br>Defendants. | Case No. 5:25-cv-02565-SVK<br><br>**DECLARATION OF MICHAEL KOZLOWSKI IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

## DECLARATION OF MICHAEL KOZLOWSKI

I, Michael Kozlowski, declare under penalty of perjury as follows:

1. I make the statements herein of my own personal knowledge and if called to testify as a witness in this matter, I would testify as set forth herein.

2. Plaintiff–and his counsel–spent considerable time and effort to identify the specific Defendants, retain California counsel, and assemble the detailed factual allegations, which is the reason Plaintiff did not immediately file this action.

3. Contemporaneously with filing the motion for temporary restraining order, I will serve true and correct copies of all documents filed in this action (including the subject motion, memorandum in support thereof, complaint, all exhibits, and a copy of this Court's standing orders) via email on Yujun Wu a/k/a Michael Wu as well as on Qbit's Alabama counsel as set forth herein and file a certificate of service attesting to the same shortly thereafter.

4. Based on Bytechip LLC's Complaint it filed on January 22, 2024 against Solid Financial Technologies Inc. and Evolve Bank & Trust in the Superior Court of the State of California, Defendant Yujun "Michael" Wu's email address is michael@qbitnetwork.com.  (*See* Dkt. 1-15 at p. 37.)

5. Additionally, John A. Smyth, III, Helen Kathryn Downs, and Thomas W.H. Buck, Jr. of the law firm Maynard Nexsen PC represent Qbit as a "nonparty" in the Alabama Action.  (*See* Dkt. 1-10 at p. 30.)  Their email addresses are, respectively, as follows: jsmyth@maynardnexsen.com; hkdowns@maynardnexsen.com; and tbuck@maynardnexsen.com.  (*Id.*)

6. According to Bytechip LLC's July 24, 2024 Statement of Information filed with the California Secretary of State, Yujun "Michael" Wu is the Manager or Member of Bytechip LLC, is its Chief Executive Officer, and is authorized to sign on behalf of Bytechip LLC.  (*See* Dkt. 1-6.)

7. Based on the pig butchering scheme as detailed by Inca Digital's chief executive officer, Adam Zarazinski, in his declaration filed in this action, there is substantial risk that if the funds in the THGTen Destination Wallet are unfrozen that those in control of said wallet will liquidate it, placing such funds beyond the reach of Plaintiff and the Class eliminating any them from recovery in this action.

2
DECLARATION OF M. KOZLOWSKI – 5:25-CV-02565-SVK

8. Further notice, beyond that set forth herein, of the request for temporary restraining order would unduly delay entry of such order unnecessarily increasing the catastrophic risk that the funds will be lost, especially given that Qbit seeks to dissolve the injunction currently in place on jurisdictional grounds.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2025

                                      /s/ Michael Kozlowski
                                      Michael Kozlowski