# Exhibit B - Declaration of Michael Mashkevich

Vijay J. Rajagopal, State Bar No. 290886
  vijay@kurichetylaw.com
**KURICHETY LAW PC**
179 McKnight Drive, Suite 6
Laguna Beach, California 92651
Tel:    217-390-2505

Michael Kozlowski (*pro hac vice forthcoming*)
  Illinois State Bar No. 6320950
  michael.kozlowski@esbrook.com
**ESBROOK PC**
321 N. Clark Street Suite 1930
Chicago, Illinois 60654
Tel:    312-319-7682

Attorneys for Plaintiff
MICHAEL MASHKEVICH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL MASHKEVICH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UAB QBIT FINANCIAL SERVICE; BYTECHIP LLC; AND YUJUN WU;<br><br>Defendants. | Case No. 5:25-cv-02565-SVK<br><br>**DECLARATION OF MICHAEL MASHKEVICH IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF MICHAEL MASHKEVICH**

I, Michael Mashkevich, declare under penalty of perjury as follows:

1. My name is Michael Mashkevich. I am over eighteen (18) years of age and I am competent to testify to the matters stated herein. The evidence set forth in the following declaration is based on my personal knowledge unless expressly stated otherwise. This declaration is made in support of Plaintiff's Motion for Temporary Restraining Order and for Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion").

2. I live and reside in Albertville, Alabama.

3. I own a digital marketing agency that provides search engine optimization services for companies. The name of my agency is We Are Quality, LLC, which is licensed to do business in Alabama. I am the only member of the LLC and I have no employees.

4. A true and correct copy of my WhatsApp chat with the Defendants is attached. As explained below, the respective chats are separated into Exhibit A and Exhibit B.

5. On or about March 20, 2024, a person representing himself as F.B. Lee ("Lee") contacted me via WhatsApp regarding part-time online work. A true and correct copy of my WhatsApp chat with Lee is attached as Exhibit A. Lee initially represented that the work involved a company called Grayphite, an international app marketing company where app developers publish their apps. He represented that the work would be remote without any fixed time limits, and that all I needed was a phone or computer to begin. I was led to believe I would be compensated based on a standardized commission schedule. Lee explained that I could withdraw money earned, but would be required to replenish funds in order to "reset" any tasks to be performed in the future.

6. The following is taken from my initial chat with Lee on March 20, 2024 (I am referred to as "Misha"):

```
3/20/24, 10:34 AM - Lee FB Job Interest: Hi I'm Lee and I heard from
Olivia Ava that you are interested in a part time job I do. Have
you time to learn more?

3/20/24, 10:53 AM - Misha: Yes please tell me more

3/20/24, 10:56 AM - Lee FB Job Interest: I'm glad to hear your
response! let me introduce the profile of the company to you
```

3/20/24, 10:56 AM - Lee FB Job Interest: The name of the company is *Grayphite* This is an international app marketing company where app developers publish their apps on *Grayphite*.

3/20/24, 10:57 AM - Lee FB Job Interest: This job provides the convenience of remote work without any fixed time limits. It requires only 1-2 hours to complete and offers flexibility in choosing your preferred working hours.

3/20/24, 10:58 AM - Lee FB Job Interest: All you need is a phone or computer to begin. Workbench operates from 11:00 AM to 11:00 PM( EST Time )

3/20/24, 10:58 AM - Lee FB Job Interest: Is the requirement manageable for you?

3/20/24, 11:17 AM - Misha: Yes.

***

3/20/24, 11:21 AM - Lee FB Job Interest: Okay, let me tell you what our work consists of and what exactly you need to do every day first. I'll answer it directly one by one

3/20/24, 11:22 AM - Misha: Great

3/20/24, 11:24 AM - Lee FB Job Interest: So our actual roles are helping optimize apps for data providers to publish their apps to get more ratings, ranking, and publish traffic to make things even smoother. Our role performance is very easy to process we just have to click the button to optimize the applications.

3/20/24, 11:25 AM - Lee FB Job Interest: To make it even clearer for you to understand, take popular apps like Facebook and YouTube, for example. Their ranking in the App Store or Play Store depends on factors such as popularity, download rate, and positive reviews.

3/20/24, 11:29 AM - Lee FB Job Interest: This job is not require investment or any fees and you don't need to spend any penny. There is no risk involved

3/20/24, 11:32 AM - Misha: Wonderful, that makes sense. I do have experience from having a published app previously in the Google Play store and would enjoy learning and optimizing applications.

***

3/20/24, 11:33 AM - Misha: How will the role compensate me?

3/20/24, 11:35 AM - Lee FB Job Interest: I'm glad to hear that you have similar experience; this job is non-technical and no experience needed. So you can freely work at your comfortable level.

3/20/24, 11:37 AM - Lee FB Job Interest: So here salaries are expected to be receive during work consecutive for: 5 days *800

3

DECLARATION OF M. MASHKEVICH – 5:25-CV-02565-SVK

```
       USDT*, 15 days *1500 USDT*, 30 days *3800 USDT* So total our
       salaries will be paid 3 times a month, our total will be *6100USDT*.

       3/20/24, 11:38 AM - Lee FB Job Interest: And everyday you'll be
       earning daily commission depends on the apps you optimized. If you
       have questions about the job requirements and salary package you
       can ask me ? if you not i will explain you about training course !

       3/20/24, 11:40 AM - Misha: What do you mean by 'work consecutive'?

       3/20/24, 11:41 AM - Lee FB Job Interest: It means that if you work
       for 5 days company will pay you one time, and you continuously work
       for more 15 days you'll receive another transaction, and when you
       can continuously work for 30 days 3800 USDT more. So the total is
       6100 USDT
```

7.      Over the following week, Lee "trained" me and I began performing what I thought were tasks associated with optimizing applications for Grayphite. On March 29, 2024, I sent an initial deposit of $110 of USDC, a cryptocurrency, from my Coinbase account to an account that Lee represented was part of the work platform. I subsequently performed tasks on this work platform and received payments for these tasks. I was permitted to withdraw funds, but I was required to replenish funds in order to receive amounts from additional work. Lee represented that I could make increasing commissions if I deposited increasing amounts, which I did, including deposits of USDC, as well as Bitcoin and Ethereum, two other cryptocurrencies.

8.      I was shown an online cyberwallet balance that purportedly reflected my monetary balance in the system. Lee told me to withdraw cryptocurrency each day but then to put it back in because there must be 100 USDT (the cryptocurrency Tether) in my online "account" to authorize me to perform the optimization tasks. The following is taken from my chat with Lee on March 28, 2024 (I am referred to as "Misha"):

```
       3/28/24, 2:32 PM - Misha: I can withdraw this now?

       3/28/24, 2:33 PM - Lee FB Job Interest: Yes, you can withdraw
       money, or you can continue to reset the task and punch in today's
       working day.

       3/28/24, 2:34 PM - Misha: Can I withdraw and continue to do
       tasks?

       3/28/24, 2:34 PM - Misha: I want to see if withdrawal would
       actually work
```

```
3/28/24, 2:34 PM - Lee FB Job Interest: You can exit at any time

3/28/24, 2:35 PM - Misha: Can I withdraw and still do the tasks
to get my eventual $800USDT?

3/28/24, 2:36 PM - Misha: When will I see the optimization counter
reset?

3/28/24, 2:36 PM - Lee FB Job Interest: You need to reset the
task. A minimum of 100 USDT is required to reset the task.

3/28/24, 2:37 PM - Misha: IMG-20240328-WA0041.jpg (file attached)

3/28/24, 2:37 PM - Misha: I don't understand

3/28/24, 2:37 PM - Lee FB Job Interest: Your balance is not
enough to carry out the reset task. If you want to reset the
task, you need to replenish 38USDT. You can withdraw it at any
time after completing the optimization task, or you can reuse
it.

3/28/24, 2:37 PM - Lee FB Job Interest: Yes, the reset task
requires contacting cs for reset. The minimum reset is 100 USDT
```

9. After Lee persuaded me that I could withdraw my cryptocurrency at any time, I began encountering so-called "combination tasks" during what I thought was my legitimate app optimization work. These so-called "combination tasks" would cause my "balance" to show in the negative. Lee would then convince me that I needed to transfer greater amounts of cryptocurrency into the system to "free up" higher commissions.

10. Just over two weeks into this process, the system began increasing the amount I must transfer into the system to earn my "commissions." The following is taken from my chat with Lee on April 5, 2024 (I am referred to as "Misha"):

```
4/5/24, 8:07 PM - Lee FB Job Interest: You did not encounter
multiple combined tasks. This is the second negative number in
a combined task just like the one you encountered before.

4/5/24, 8:07 PM - Misha: What can I do?!

4/5/24, 8:08 PM - Lee FB Job Interest: You have already completed
a negative number. You only need to complete the second negative
number to complete the task and withdraw funds.

4/5/24, 8:08 PM - Misha: I can only take 2600 more from robinhood

4/5/24, 8:09 PM - Lee FB Job Interest: Your combined task is
composed of 3 tasks, so there are two negative numbers.
```

```
4/5/24, 8:09 PM - Misha: That still leaves 2445

4/5/24, 8:09 PM - Misha: How do I handle it

4/5/24, 8:09 PM - Lee FB Job Interest: Is there no way to make
up for all negative numbers?

4/5/24, 8:10 PM - Misha: How do I get 2445

4/5/24, 8:10 PM - Misha: And what if I get another combination

4/5/24, 8:10 PM - Misha: This system is rigged it seems

4/5/24, 8:10 PM - Lee FB Job Interest: Do you still have funds
in other accounts? Can you top up using PayPal or Google Pay?

4/5/24, 8:11 PM - Misha: How do I do it with PayPal?

4/5/24, 8:12 PM - Lee FB Job Interest: There's no way this is
going to happen, I've been working here for almost a year and
it's fair and safe. Otherwise I wouldn't have been working here
for so long.
```

11. Ultimately, I began transferring funds from bank accounts and converting them to cryptocurrency, borrowing funds from friends, and extending my financial commitment to what I believed to be a legitimate online enterprise. I would commit an additional large amount, in part because Lee told me that he fronted some of the money I needed to put into the system. The system then displayed an amount that had purportedly been transferred into my account by Lee.

12. On April 9, 2024, after I had transferred significant amounts of cryptocurrency and my "account" showed additional money placed in the account by Lee, Lee texted me that "[m]y suggestion is that you can relax tonight and wait for the joy of withdrawing funds tomorrow." I responded "[y]ea, i can't wait to see the funds back in Coinbase" and "I'm excited to pay you and my sister and Kevin back."

13. The following day on April 10, 2024, I tried to withdraw my funds, was unable to do so, and reached out to Lee on WhatsApp. I was told my "credit score" on the platform had dropped to 80%, and I needed to restore the score to access my cryptocurrency. The following is taken from my chat with Lee on April 10, 2024 (I am referred to as "Misha"):

```
4/10/24, 9:58 AM - Lee FB Job Interest: So what should we do
now to restore our credit score?
```

```
4/10/24, 9:58 AM - Misha: They said they'll let me know in 30
min

4/10/24, 9:59 AM - Misha: It's such a rigged game really

4/10/24, 10:00 AM - Lee FB Job Interest: Don't rush, let's
figure out the situation and solutions first

4/10/24, 10:01 AM - Lee FB Job Interest: I've never had a
problem with my credit score, so I can't give you any advice.

4/10/24, 10:01 AM - Misha: IMG-20240410-WA0013.jpg (file
attached)
They responded (attachment not included in Complaint):

4/10/24, 10:06 AM - Lee FB Job Interest: So the current reply
is that because we have received complaints from merchants,
our credit score has been reduced. Now we need to restore
these 20 credit scores?

4/10/24, 10:08 AM - Misha: Yes exactly
```

14. Lee notified me that I had two options to restore my credit score. Option 1 was to pay $20,000 ($1,000 per point I needed to restore) and reset my credit score immediately. Option 2 was I could wait 10 months for my score to return to 100%. The following is taken from my chat with Lee on April 10, 2024 (I am referred to as "Misha"):

```
4/10/24, 10:20 AM - Lee FB Job Interest: If you choose 1 I
will help you and I will go raise money for you. Because I
understand now you don't need comfort, but funds

4/10/24, 10:21 AM - Lee FB Job Interest: If you choose 2, I
will wait with you

4/10/24, 10:21 AM - Lee FB Job Interest: I respect your decision
```

15. I added additional cryptocurrency to my account, purportedly to correct my credit score so I could withdraw the "commissions" I thought I had earned. Lee told me on April 17, 2024 that I could not withdraw my commissions because I owed taxes on them. Lee once again offered to assist me, this time by supposedly transferring cryptocurrency into my account.

16. Lee communicated with me on April 19, 2024 to convince me the FBI was involved because Lee unwittingly "helped" me with stolen funds. The following is taken from my chat with Lee on April 19, 2024 (I am referred to as "Misha"):

> 4/19/24, 10:06 AM - Lee FB Job Interest: My bank called me and there was a problem with my account. After I arrived at the bank, the FBI took me to the interrogation room and interrogated me, suspecting me of money laundering.
>
> 4/19/24, 10:07 AM - Lee FB Job Interest: Many fund transactions in my account are with my friends. I can't contact my friends now. No one can prove that I don't know about his account status.
>
> 4/19/24, 10:08 AM - Lee FB Job Interest: He lent me some funds, which I used to complete the task for you
>
> 4/19/24, 10:11 AM - Misha: So why did they let you go?
>
> 4/19/24, 10:12 AM - Lee FB Job Interest: I had no idea, my girlfriend paid a bail amount
>
> 4/19/24, 10:12 AM - Lee FB Job Interest: I don't know anything about my friend's account
>
> 4/19/24, 10:14 AM - Misha: So you have a trial date now? What specific proof do they have of anything?
>
> 4/19/24, 10:14 AM - Lee FB Job Interest: My head is so messed up now, I can't think, I need to wait for them to find my friends
>
> 4/19/24, 10:15 AM - Lee FB Job Interest: I collapsed. I was just trying to help you out of kindness, but this happened.
>
> 4/19/24, 10:37 AM - Misha: Grayphite didn't even let me withdraw the money, they want you to contact them. It's frankly just a scam

17. I asked Lee for a copy of the police report, but Lee failed to provide one. WhatsApp conversations between Lee and me continued until April 27, 2024, which I concluded by stating "[t]oo many bad people and liars stealing money that they don't deserve."

18. On April 6, 2024, someone representing herself as Emma Miller ("Miller") contacted me about an additional related job opportunity that involved similar online work. A true and correct copy of my WhatsApp chat with Miller is attached as Exhibit B. Miller contacted me via WhatsApp about a purported job opportunity and used a Los Angeles telephone number for her communication with me. On April 7, 2024, I began making additional deposits from my Kraken account related to this job opportunity, beginning with a $10 deposit and progressively increasing. I made deposits from my Kraken account in both Bitcoin and Ethereum. As with my Coinbase deposits, they let me

withdraw money I had earned and deposit those funds to my Kraken account, but I was required to replenish funds in order to earn additional amounts. For example, on April 8, I made a deposit of $100 from my Kraken account and subsequently withdrew and redeposited $95.14.

19. The process with Miller was identical in all material respects to the one orchestrated by Lee. The only notable distinction is that, whereas Lee convinced me he was working on app optimization for Grayphite, Miller convinced me she was working on app optimization for the online reservation platform Resy. As with Lee, Miller trained me and I had the opportunity to withdraw small amounts of cryptocurrency. I then encountered "combination tasks" that required additional investment. This continued through April 24, 2024, when I informed Miller "I'm done with all the optimization programs. Lost too much money."

20. In all, I transferred approximately $90,000 to accounts controlled by Defendants. Before the investigation by my counsel, I was not aware of transactions undertaken to hide and steal my cryptocurrency assets. I would be severely harmed if I am unable to recover those assets. I submit this declaration in support of my request for emergency relief by order to show cause for a preliminary injunction, and a temporary restraining order pending the hearing on the preliminary injunction.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2025

Michael Mashkevich (Mar 17, 2025 18:05 CDT)
Michael Mashkevich