Exhibit C - Declaration of Adam Zazarinski

Vijay J. Rajagopal, State Bar No. 290886
    vijay@kurichetylaw.com
**KURICHETY LAW PC**
179 McKnight Drive, Suite 6
Laguna Beach, California 92651
Tel:    217-390-2505

Michael Kozlowski (*pro hac vice forthcoming*)
    Illinois Bar No. 6320950
    *michael.kozlowski@esbrook.com*
**ESBROOK PC**
321 N. Clark Street Suite 1930
Chicago, Illinois 60654
(312) 319-7682

Attorneys for Plaintiff
MICHAEL MASHKEVICH, on behalf of
himself and all others similarly situated.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MASHKEVICH, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UAB QBIT FINANCIAL SERVICE; BYTECHIP LLC; AND YUJUN WU, <br><br> Defendants. | Case No. 5:25-cv-02565-SVK <br><br> **DECLARATION OF ADAM ZARAZINSKI IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION** |

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF ADAM ZARAZINSKI

I, Adam Zarazinski, declare under penalty of perjury as follows:

**A.    Introduction**

1.    I am employed as the Chief Executive Officer of Inca Digital ("Inca"), a company that specializes in financial risk intelligence and investigating cryptocurrency schemes, including "pig butchering." As part of my employment at Inca, I have investigated matters related to Michael Mashkevich's ("Plaintiff" or "Class Plaintiff") above-captioned action against Defendants Qbit Financial Service ("Qbit"), Bytechip LLC, and Yujun Wu. I am over 18 years of age, of sound mind, and am competent to make this Declaration.

2.    Inca is a leading digital asset intelligence firm providing data, analytics, and expertise to cryptocurrency exchanges, financial institutions, regulators, and government agencies. Inca Digital's services are used to trace illicit financial activity and combat fraud, particularly in cases involving complex cryptocurrency schemes.

3.    I hold a J.D. from the University of Michigan Law School, a Master's Degree in International Relations from the University of Nottingham, and a Bachelor of Arts in Political Science from DePaul University.  I have leveraged my specialized knowledge of blockchain technology, digital asset ecosystems, and regulatory frameworks to serve as an expert witness in cryptocurrency-related litigation and testified at the House Financial Services Subcommittee on National Security, Illicit Finance, and International Financial Institutions on terrorist financing.  Prior to my work at Inca Digital, I worked as an intelligence analyst at INTERPOL and served in the United States Air Force as a judge advocate. I continue to serve as Major in the USAF JAG Corps Reserve.

4.    Inca has been investigating "pig butchering" cases for over four years. "Pig butchering" is a fraudulent scheme in which victims are manipulated into investing in fake cryptocurrency platforms or online work platforms, often through social media or messaging applications. These scams have resulted in billions of dollars in losses and are under investigation by

DECLARATION OF A. ZARAZINSKI – 5:25-CV-02565-SVK

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

both state and federal authorities.[1]  Based on my extensive experience in investigating such schemes, this case clearly involves a coordinated and large-scale "pig butchering" operation. This scheme consists of at least two interdependent groups: (1) the individuals and entities who interact with victims and induce them to transfer funds (the "Scammers") into an established scam cryptocurrency laundering network (the "Laundering Network"); and (2) those who operate the Laundering Network to obscure the stolen funds' origin and movement and facilitate their cash out (the "Launderers"). While these groups may be described separately, they work in tandem, and there is likely significant overlap between the Scammers and Launders in executing the fraud. Based on Inca's analysis and expertise, it is highly likely that Defendants facilitate this scheme as Launderers, operating a cash-out wallet—essential for converting stolen assets into usable fiat or other currency—and potentially additional nodes within the Laundering Network.

5.    In this case, the fraudulent scheme revolves around fake platforms that claimed to offer legitimate work and investment opportunities, including two fake work platforms through which Class Plaintiff believed he completed tasks for the legitimate companies Grayphite and Resy. The Scammers used these platforms to lure Class Plaintiff and other class members into transferring cryptocurrency to wallets that the Scammers controlled, under the pretense that the deposits were necessary to release funds earned from completing tasks or from successful investments on the platforms.

6.    Based on my experience and expertise, it is likely that this scheme involved not only the two fake work platforms used to induce Class Plaintiff's deposits but other fake work and investment platforms. Regardless of the format, the Scammers' playbook and methods will be consistent. First, the Scammers solicit victims by sending boilerplate inquiries about investment or part-time work opportunities. After building a relationship with victims who respond, the Scammers entice them to make small initial deposits and to increase the deposits after victims' apparent success, as 'proven' by the growth of fake account balances. Once the victims believe the website is legitimate, the Scammers coerce further deposits by withholding the fake profits, requiring additional deposits

---

[1] See FinCEN Alert of Prevalent Virtual Currency Investment Scam Commonly Known as "Pig Butchering," U.S. Treasury Financial Crimes Enforcement Network Sep. 8, 2023, https://www.fincen.gov/sites/default/files/shared/FinCEN_Alert_Pig_Butchering_FINAL_508c. pdf

DECLARATION OF A. ZARAZINSKI – 5:25-CV-02565-SVK

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

for standardized reasons often related to hidden taxes or penalties. In reality, victims will never see their original funds nor purported returns, as their cryptocurrency is deposited directly into wallets controlled by the Scammers, who immediately steal the funds, sending them into the Laundering Network. I understand the goal of this class action is to freeze wallets holding the converted funds and facilitate the return of these stolen assets to the defrauded Class Members.

7.     Based on Inca's investigation to date, the Scammers' and Launders' conversion scheme began no later than March 2024 and continued at least through February 20, 2025.  The scheme affected approximately 2,000 victim wallets and involved the conversion of approximately $28 million of Class Member funds. The victims sent funds to over 280 initial wallets controlled by the Scammers (the "Deposit Wallets"). The Deposit Wallets identified to date are listed in Appendix A.

8.     The Scammers and Launderers attempted to conceal their conversion of Class Members' cryptocurrency through a series of online transactions designed to hide their trail. However, Inca's investigation has been able to trace and connect the Scammers transactions, follow the trail, and identify several of the cryptocurrency wallets that held and/or hold the cryptocurrency funds of Class Plaintiff other Class Members. As detailed in Appendix B, Inca identified the specific cryptocurrency wallets in which a portion of the ill-gotten gains of the scheme are presently held (the "Destination Wallets"). These wallets are linked to the common "pig butchering" scheme that centers around the fraudulent platforms mentioned above.

B.    **Summary of Inca's Investigation**

9.     Inca's investigation was based upon the review of communications between Plaintiff and Defendants, notes of interviews with Plaintiff, records from Plaintiff's financial institutions, and forensic analysis of transactions publicly available on various cryptocurrency blockchains.

10.     Inca's investigation confirmed that the Scammers directed Plaintiff to transfer funds to two fake work platforms that were completely fictitious. These work platforms are fraudulent and designed to deceive Class Members into believing that their funds were deposited into working accounts and necessary to earn and withdraw funds. The funds earned and displayed to the victims

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

1  were falsified to create the illusion of a growing account balance, while the Defendants had already

2  misappropriated their cryptocurrency.

3       11.    Inca's investigation further revealed that the Scammers utilized the fake platforms to

4  move and convert Plaintiff's and Class Members' assets, transferring the stolen funds through a series

5  of transactions designed to obscure their origins. In connection with Inca's tracing of Plaintiff's

6  assets, Inca confirmed that Plaintiff's assets were not being held in an account in his name nor

7  accruing wages earned.  Rather, as described below, a short time after Plaintiff transferred his assets

8  to the work platforms, the Scammers diverted them through a series of transactions involving Pivot,

9  Transport, and Culminating addresses (commonly used in pig butchering schemes).  Inca's analysis

10  ultimately traced Plaintiff's assets to 36 cryptocurrency Destination Wallets, listed in Appendix B.

11      12.    Inca's investigation was conducted in two phases, both employing rigorous blockchain

12  forensic techniques.  In phase one, Inca performed a "forward trace," tracking the flow of Plaintiff's

13  funds from their initial transfer to intermediary wallets and eventually to wallets hosted on exchanges

14  and third-party platforms. The forward tracing process involved three steps: (1) identifying the

15  addresses of wallets that initially received Class Plaintiff 's assets; (2) tracing the subsequent transfer

16  of those assets to intermediary addresses; and (3) determining that Class Plaintiff's assets were

17  ultimately deposited into Destination Wallets listed in Appendix B. [2]

18      13.    In phase two, Inca conducted a "reverse trace," which involved tracing the funds

19  flowing into the wallets identified during phase one. Through this analysis, Inca uncovered further

20  wallet addresses involved in the same transaction patterns as Plaintiff's funds, thus revealing a

21  broader network of wallets involved in the scam. Based on this analysis, Inca has thus far identified

22  over 2,000 victim wallets that transferred funds to the 281 Deposit Wallets listed in Appendix A, all

23  controlled by the Scammers or Launders (the "Deposit Wallet").

24      14.    Based upon Inca's and my own expertise, the interactions between the wallets in the

25  identified network are highly indicative of fraudulent activity. Specifically, the network contains three

---

26  [2] When tracing a cryptocurrency transaction, it is common to see slight discrepancies between the

27  total value of funds sent and received. These discrepancies are caused by volatility of a
   cryptocurrency asset and the transaction fee (commonly known as "gas"), which is deducted from

28  the amount received by the recipient. We do not believe such a discrepancy affects our analysis in
   this case.

DECLARATION OF A. ZARAZINSKI – 5:25-CV-02565-SVK

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

types of addresses and related behavior that is associated with cryptocurrency fraud schemes and is rarely, if ever, associated with legitimate cryptocurrency transactions.

15.     First, Inca analysis confirmed that "Transport Addresses" are present in the scam. "Transport Addresses" are designed to simply forward everything they receive, moving funds as far and as quickly as possible from the victim to frustrate tracing.  Funds are rarely held in these wallets for more than a few days, with the sum of inputs equaling the sum of outputs.

16.     Second, the network contains "Pivot Wallets," which are known for mixing funds and serve as hubs for numerous transport channels. They accumulate funds from a large number of transport addresses and forward larger amounts to other transport addresses. The funds this address receive eventually end up on exchange wallets after passing through additional wallets in the network. Sources of funds for these addresses are often included in sanctioned entities lists.

17.     Third, Inca analysis confirmed that "Culminating Addresses" are present in the scam. Culminating addresses or points are used to consolidate illicit funds after they have been broken down into smaller amounts and routed through multiple intermediate transport addresses. This process, known in anti-money laundering (AML) investigations as "staggering," involves structuring transfers in a way that reduces detection risk by dispersing funds across multiple transactions, wallets, or time intervals before reconsolidation. The goal is to obscure the origin and flow of the funds. The splitting of Plaintiff's funds into numerous separate Deposit Addresses is similarly indicative of fraudulent activity.

18.     Overall, the interactions described above between the different wallets in the network gives me a high degree of confidence that the entire network, including the Destination Wallets, exists as part of the scam and is controlled by the Scammers and Launders, like Defendants.

C.    **Inca's Tracing Analysis**

19.     To determine the movement and ultimate location of Plaintiff's stolen cryptocurrency, Plaintiff engaged Inca. Inca conducted a detailed analysis of blockchain transactions involving Plaintiff's transfers, revealing that the Scammers and Launderers orchestrated a systematic scheme to convert Class Plaintiff's cryptocurrency. Plaintiff's funds converted in this scheme were originally sent to Scammer or Launderer controlled wallets on both the Ethereum and Polygon blockchains.

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

20.     Inca's investigation employed a forward-tracing analysis of Plaintiff's cryptocurrency transfers, tracking the initial destinations and subsequent movement of his funds.

21.     First, Inca analyzed screenshots provided by the victim and identified the Deposit Wallets to which Plaintiff initially sent cryptocurrency. These addresses are:

0xD4698477E65C7be219094aC71F65F40582EF5dbe (Ethereum Blockchain)

0xFBee5baBA85C839e3E6aBD11b7eF4D8001357f82 (Ethereum Blockchain)

0x5e8221fbC4AB02DE192861B8a74EE42a1725E08A (Polygon Blockchain)

0xFF4418Ea020fB448E30D98E71c1848Fe99E63cB6 (Polygon Blockchain)

0x7Fe9C0e0d151f52BEe23187Ef08D88D65a489C2d (Polygon Blockchain)

0x0663122B58AbCbEDCF49d0f5BFCe419CCFf03E1b (Polygon Blockchain)

0x8a25Db9a90612f5fB81E5082A6390a3BC1350422 (Polygon Blockchain)

0x85C0CE7f188873bC814aCC90f59cB9BB0e8E6299 (Polygon Blockchain)

0x69981239714Ca2Fe84f39e0CC429FDf81Dc61977 (Polygon Blockchain)

0x91f613192485F775C59b1399de598B6e693Dc51B (Polygon Blockchain)

0x188A38A4B38843cAa1E211359803D26D5FC5463A (Polygon Blockchain)

22.     Second, Inca analyzed transfers from the initial scam wallets to identify thirteen Pivot Wallets:[3]

0x30962D1d7eaAe6C4051F7B6242e7824E84148376 (Ethereum Blockchain)

0xb0E5461254479a50c6914c1A1B6840C352406452 (Ethereum Blockchain)

0x784dF3f96314571125ddbB75d1387FE1B9AFF1Ca (Ethereum Blockchain)

0xF431ECc9a4D1c562B459029eE98eb98573965a16 (Ethereum Blockchain)

0x3343E36499Fe1c9f2A7B793D4d5A6C3287F2eF0C (Ethereum Blockchain)

0xDb51e909e5866FaF7a44423A49d8BFd61Eff421C (Ethereum Blockchain)

0x291a01db06f3f1DF03FB4b7E7e01430a4230Fbb5 (Ethereum Blockchain)

0xd3a6A07e974118c68D55A8fE307AdA8b9b7153Fb (Ethereum Blockchain)

0x1F88c0252282a4b59de7896eAde9E28e9891B4f2 (Ethereum Blockchain)

---

[3] The Pivot Wallets were used as Deposit Wallets for a small number of Class Members' transfers into the Laundering Network.

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

0x672A0bAE90828677a0F93e012FdE1914375DbCaB (Polygon Blockchain)

0xB146736170B0C37965F704D022a80dA128AF8A97 (Polygon Blockchain)

0x0B5f9B23dFa28397aE7C673d590571882E78A6Fb (Polygon Blockchain)

0x57c1d519EF2A29689Be9186AB08574634C1ccCB6 (Polygon Blockchain)

23.      Third, Inca analyzed transfers from these addresses and found that funds were routed to "swap router and bridge" addresses. A "swap router and bridge" address is a kind of aggregator that is used to combine funds and convert them to a different cryptocurrency. In this case, the "swap router and bridge" addresses were called "SWFT.PRO" and "BitGet Wallet: Swap Bridge" and they were used to convert funds to a different cryptocurrency (known as "USDT"), which were then sent to the TRON blockchain. The SWFT.PRO bridge was used to transfer class funds that originated on the Ethereum blockchain to the TRON blockchain. The BitGet Wallet: Swap Bridge was used to convert and transfer the Polygon-originating class funds. These addresses are:

0x92e929d8B2c8430BcAF4cD87654789578BB2b786                    (SWFT.PRO)

0x22cE84A7F86662b78E49C6ec9E51D60FddE7b70A (BitGet Wallet: Swap Bridge)

24.      Fourth, Inca analyzed the subsequent transfer of funds on the TRON blockchain and determined they were routed through a series of wallet addresses, commingled, and then deposited at the Destination Wallets set forth in Appendix B, organized by cryptocurrency exchange. As repositories of ill-gotten gains under Launderers control, these Destination Wallets are critical targets for freezing to safeguard assets for recovery by Plaintiff and the Class Members. Details of the complex path these funds took is described more fully in the next section, illustrating the transfer of funds to a specific Destination Wallet: OKX Deposit Wallet THGTenLmvqWycGLGtgRvX4wURiHQeDvNps ("THGTen").

25.      Finally, Inca "reverse traced" from the Destination and Pivot Wallets to determine which addresses were part of the common pattern of transactions described in the four steps above. Inca concluded based on this analysis that the Class Members include approximately 2,000 victims and involved the conversion by Defendants of more than $28 million of Class Member funds.

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

D.    **Blockchain Investigation of OKX Destination Wallet**

       **THGTenLmvqWycGLGtgRvX4wURiHQeDvNps**

**Flow of Victim Funds to THGTen**

      26.    On the Ethereum blockchain, Class Plaintiff sent funds to two Deposit Wallets: 0xD4698477E65C7be219094aC71F65F40582EF5dbe                              and 0xFBee5baBA85C839e3E6aBD11b7eF4D8001357f82.  These two wallet addresses transferred the funds to eight different Pivot Wallets, listed in Appendix 2. An additional 54 Deposit Wallets sent over $2.7 million of stolen funds—originating on the Ethereum blockchain—to the same Pivot Wallets. These funds were sent to the Deposit Wallets from approximately 400 victim wallets.

      27.    From the Pivot Wallets, the Launderers sent the funds to the OKX Web3 DEX Router (0xF3dE3C0d654FDa23daD170f0f320a92172509127), where they converted the ETH to USDT. They then sent the converted funds back to the Pivot Wallets and transferred them to the Tron blockchain via a SWFT Bridge (0x92e929d8B2c8430BcAF4cD87654789578BB2b786).

      28.    From the SWFT Bridge, the Launderers sent funds on the Tron blockchain to nine Bridge Destination Wallets, listed in Appendix C. Funds from three of the nine bridge Destination Wallets    are    traceable    to    THGTen:    TUrhEAu6ufCvDtpKdDjJAZAGpNVDJoVVhg TDBzuM9hAvBHP6yae417es9oqK66NEqVJ7; and TCsAJrom3GBrtzToRgfi9rA5sA2cbbtqVB.

      29.    From the three bridge Destination Wallets, the Launderers sent victim funds through a series of intermediary wallets, where they commingled class funds with other sources before consolidating them at TYdJv19WaC992rhseXA4j27R5FM2dKVDqk ("TYdJV1").

      30.    First, the Launderers sent at least $1,653,081 USD of traceable class funds from the three Bridge Destination Wallets, above, to TUAhG2WLLvmvtu6houNWmd4d6TK83d3Hbc ("Culminating Point 1"). Most funds flowed directly to Culminating Point 1, but some funds passed through intermediary hops.

      31.    Then, the Launderers sent at least $1,653,081 USD of traceable class funds from Culminating Point 1 to TNJbYSmWUGhQEv1AuVdLHHZNCHzEyS8VaC ("Culminating Point 2"). The funds passed through five intermediary hops before reaching Culminating Point 2.

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

32.    From Culminating Point 2, the Launderers broke the class funds into smaller transactions and distributed them across a network of additional addresses. The Launderers commingled class funds with other sources before consolidating and sending them to TydJv1. The Launderers sent at least $1,092,200 USD of traceable class funds from Culminating Point 2 to TYdJv1.

33.    TYdJv1 serves as a staging area where previously fragmented funds are recombined. Once commingled and consolidated, Defendants transferred at least $1,092,200 USD of traceable victim funds into THGTen. The tracing graph on the next page shows the transaction path of class funds on the Tron blockchain, as described above.

DECLARATION OF A. ZARAZINSKI – 5:25-CV-02565-SVK

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

(Culminating Point 2)

(Culminating Point 1)

11

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

34.     In addition to the funds that originated on the Ethereum block chain, Plaintiff sent USDC to Deposit Addresses on the Polygon blockchain. Following an analogous path as the Ethereum funds, the Polygon funds were sent to four Pivot Wallets and then to the Bitget Wallet Swap Bridge (0x22cE84A7F86662b78E49C6ec9E51D60FddE7b70A), where they were converted to USDT and transferred to the Tron blockchain.

35.     Once transferred to the Tron blockchain, the funds entered the same network of addresses used to stagger, commingle, and consolidate the Ethereum class funds. Approximately $1.5 million class funds that originated on the Polygon blockchain are traceable to Culminating Point 1, entering the same Tron pathway to THGTen described above.

36.     Across both the Ethereum and Polygon blockchains, a total of at least $1.09 million and potentially upwards of $2.59 million of class funds are traceable to THGTen.

**On-Chain and OSINT Analysis of THGTEN.**

37.     From March 5 to June 6, 2024, $251 million in USDT flowed into THGTen. Nearly all incoming deposits of USDT came from the wallet address TydJv1. The blockchain addresses attributed to both wallets exhibit patterns typical of scam addresses, including because of their multiple interactions with addresses reported in connection with various scam and fraud operations. Based on Blockchain Analysis of THGTen and related wallets, it is highly likely that the wallet is used for illegitimate purposes, such as the provision of money laundering and other banking services to pig butchering schemes. As a final deposit address, THGTen likely serves a vital function in the scheme as an off-ramp to turn stolen assets into usable crypto- or fiat currency.

38.     THGTen has multiple connections to various scam and fraud operations, displaying relationships typical for scam addresses and almost never seen for an address used only for legitimate purposes. Graph 1, below, illustrates a sample of connections to seven different known or reported scams within seven hops of THGTen. In total, there are twenty-eight reported scam address interactions within seven hops of THGTen.  THGTen is also within three hops of two entities sanctioned by the US Treasury Department's Office of Foreign Assets Control (OFAC).  Overall, the THGTen Wallet has exposure to fifty-three different reported scam addresses and 10 different reported fraud shops. A full list of these addresses is available in Tables 1 and 2 of Appendix D.

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

*Graph 1. Sample of address connections to reported scam addresses within seven hops of THGTen.*

39.    TydJv1, used to fund THGTen, has received over 600 million USDT from a cluster of approximately 350 wallet addresses. Every wallet address that sent more than 1 million USDT to the TydJv1 Wallet received TRX for gas (transaction) fees from the same address: TGn4LVcWSPtnFev44viMNnwDfxnLa9zBQW ("TGN4LV"). Chainalysis Reactor tagged TGn4LV as a scam wallet.  It has similarly been tagged by two Open-Source Intelligence (OSINT) Comments for receiving funds from scams. TGn4LV has funded at least seven other reported scam addresses with TRX gas fees.

40.    Overall, the analysis of both THGTen and TydJV1 gives me a high degree of confidence that they are used for illegitimate purposes related to the laundering of cryptocurrency, including that obtained from this and other pig butchering schemes.

E.    **Conclusion**

41.    In summary, Inca's analysis demonstrates that the cryptocurrency assets belonging to Class Members, including Plaintiff Michael Mashkevich, were systematically misappropriated by the

13

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

Scammers and Launderers through the use of fraudulent platforms and the related Laundering Network. The Destination Wallets that have been identified to date as holding stolen funds are identified in Appendix B.

42. Based on my expertise in blockchain forensics and my substantial experience investigating "pig butchering" schemes similar to this one, if there is no injunction in place freezing the assets contained in THGTen, it is highly likely that Defendants will transfer cryptocurrency at issue beyond the reach of discovery or recovery.

43. USDT refers to that certain virtual currency commonly referred to as Tether, which is a stablecoin designed to maintain a stable value of approximately one U.S. dollar per one USDT.

I declare under penalty that the foregoing is true and correct.

Washington, D.C.

Executed on: March 17, 2025

_____

Adam Zarazinski.

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

# Appendix A

### *List of Deposit Wallets*

**<u>Initial Scam Wallet Addresses</u>**

*Polygon (225)*

0x6177c7906e9534b88dc78BA09b6627064543D364

0xC0B40da64b9e2552FC7F9a61FF80764625536950

0xc75326a8fA226857474624ee00CbBe309439785d

0x368180d4E9170f86952182328cd86ccd343A83FB

0x0683FF8E842081bA091E59ae73BBcc3FFfe74e76

0x8dD60CCFCA1d0Bd1DC58F1ce44987C3459857bb3

0xa456e853C6b428c177325a0D326295Fc4a6fC1B4

0x31f7c7068BcaaC42bF7eC48E27c1bd8b2307A190

0xF46D4D4f60510c1eA1B4c29AF2781bfb66374298

0x5Edc5c6F087165098601A07f76aAa4d6455f43924

0xB03E5A58b4C7608468300fa6be0BaA28422A7cAe

0x788D706fEd25752A304c3F8439961B1BFF461b44

0x3a76d3eA63076d820E801bbe7a2C4Eb50105E40a

0x8606DfF9FCeFF596e9E2a0508d2a8fCBa54C96Fa

0x0C07a5323611b2Af48149cA133b9f93Dcbdb0610

0x166e50dC04f1A95bD9d60639Bc450a5d2751ba84

0xA51264b36311Fc74901F5f2a3c9C977faE7e4f66

0x4C0326787c6319d6C758a94aEc00E27Df82ca47D

0x75F93605A3f91f694cE6C99065814388d69B2D0a

0x7a5325fBAF365F00bc3f5918cdf2EDB15F139895

0xE038982728E476A5a98543BB27A0b8407Cbd2260

0x63e9d03C1b8c2d541632B3032b90b137c349d08A

0xa71D6B032217C09fB37ee48dc2Cb4aE77f1c8474

0x5646f30A794032Ff3b9D76A8fcfeA8d708aAaE0d

1  0xc17897a1702947ECA8a5Da3D9A1Ac3f39acfa3b5
2  0x35ED5743f3af5FcED1315d05c64a850961F7e440
3  0xe1bc2D1F20f633eDa9d31a871768D492B3D5F5ee
4  0x914068a2083B7657102382500508bA16db4692d9
5  0x494A4164A33216952be34d2a6DD6f5F1be899C53
6  0x4b3BD2Ba74200e586B18181eC9930ed40ab2C27E
7  0x56f79bdEc7D332ecEE4899B4E286a86822a7B581
8  0xA6B9487D5e2602080b4B3bD751eA39987c25E657
9  0xeb116C42697CaE28621d6Cdc7283f018645a078a
10 0xf8E4B383270FB912F5CAdfA129afFa6b19261A01
11 0x6Dee34D8cA306E97f7C3E7E6405516E88E6B83F8
12 0x608D221813f28416E0D954a832102C3c3De36992
13 0xB680B6c4875a57a30c367fBab6f4D1F0991e58Fe
14 0xE6cdFbDD5a2c824A65Cf5d60d463a1C2adcb7e72
15 0xc3c471d71FF91BEE8bFda547C9b3df5967c11415
16 0x23152378866694c5AE067d43f847D5aA656b3573
17 0xe77D16C7b1DdE5702DF21CCc2240cC2EF55d8bA6
18 0x314EA4706708A32b71970C3e767229a8e85106B1
19 0xe42AE0C6DDdA371Ea62059505c446F74Cb252Ef2
20 0x7d5CBD7175F3ede95eB21F00dCB4883dd87F72Da
21 0xAE916F6FB834eF747233e5Ca38c470f0B070dd02
22 0x55622d6028215942a047dBC2BAc7C7c136D45868
23 0xB2a15992E74e712065F352B62de845017718B260
24 0x47AF4c88b9D8376a9523e2d36e38a37C87fB42c9
25 0x26Bf00Df1507c3B427f31b765C3Ffa53Ae4dfd87
26 0x6C188BC54491a9Caed91b087151902FAC40646B7
27 0x97e062Ac68725F1f7D14F06FE4d443164bA4cd37
28 0xE157F32D364927b99b98D74902cCD06D1089D771

| | |
|---|---|
| 1 | 0x689188D09AaA1B0A1Ad74008D60a62917DDF040e |
| 2 | 0xc88ceeF1ff20aa9938144c18b04d439640de4a16 |
| 3 | 0x4cCc9c25E32d72A48bc6fDa08846404EEB504e3f |
| 4 | 0x3Ad4a8Ab2C6d5bC936EC817c5A33e8C74802e743 |
| 5 | 0xfBd4Fb2E25E36bE7fc27452626Fe1479F909E886 |
| 6 | 0xBBD29055b4D9863fC0f2B6523E2e2BEF2F5B59fE |
| 7 | 0x2508063f8784a713Eed9B3Df9eE6e62e3A885AFe |
| 8 | 0xaB951C29e9841D08bcc44Ab45216056067591641 |
| 9 | 0x9FC0848ADCee1a88b554dd0326F1D9AA1B65E780 |
| 10 | 0x18225C97ed2D8770c580f9c0Fe501b93514F4A1D |
| 11 | 0xc48996D440Aff63DB7A646Cfbf20F2c0B2F7876e |
| 12 | 0x77ddc787b489d076b6041E7e4D42C6cfc32b6340 |
| 13 | 0xb175e09057dD62D522732667BE3Bd27C7e4B4eB4 |
| 14 | 0xCE5DAE0cA663Ad15Bd5A086e736a60a88417313a |
| 15 | 0xC14367c9978d969BF45b732f4d4DBcb61DaD0824 |
| 16 | 0x2fc4dEeE44BAC31228a698FC84A4B08bEefeCB26 |
| 17 | 0xA47973BB1A9BcaC12efFd739216b4F6a9F60CFC9 |
| 18 | 0x7c96ADc3f58576fD8F79fE526EB77F7279B47Dc6 |
| 19 | 0x1C6857d01E4C40D8F22B73f6d8AD074f0d166574 |
| 20 | 0x3B9C9a8363bF60193505F353854D2f3D52F9b2e0 |
| 21 | 0x03C3968D7adB9926542e61066d02D326c32114e4 |
| 22 | 0x154c0c0e799E6B7eb5e7452B3A3Cf06e0E07d628 |
| 23 | 0x8bD597497A9095eec1FAC2A30d3bDee770F63F3B |
| 24 | 0x04694d093644ce00d11d41b609d7C45a39849b48 |
| 25 | 0x6504D4888d0d47C92695A70917Bb7363fC348846 |
| 26 | 0xAc1c75687DD3742BcC80bA7f74f3791a270D59a3 |
| 27 | 0x716A9B0661979066eF860Be452F2271ae984bd12 |
| 28 | 0x0597C577DC7FD0F41111de2B75BAa0E82068D93E |

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

1    0xc13E7e85Fdc7B97Ef7633767c306f5877e2a76C7

2    0x4c5f0119a2e97C811728ff26F937eC8f57678cCa

3    0x3A4E7B9AEe300E7B4896EA68013599Ed0F0Fad6C

4    0x222cF7A0498AcEaFaCc23467D802B59E2A78923a

5    0xFC73E5a31D74b8b40A437f6eb548A621D358DaF9

6    0x2f90Eee546B00F030f8D422e8d5217b89035913d

7    0xCf36372A55A522f9c0235CDc3A1C28A157095d03

8    0x0F8e2F3dde416acAc21B13796913Ba7a86C6Cb20

9    0x5A7eBa3EDEC3eACFe3AfBEA5D5c712a6Ec4c1f08

10   0xA3970d3b1390492cf6c1C39Af0F07d7469870E47

11   0x5545A5DD2AD92500e9413801203c381B964E8cfD

12   0xbf05480F77De26926EE0D2edDe37F383F9f33D59

13   0xD331Bbf9F95e4dF036c007c76bcDe27471D17103

14   0x7556e23cE4C796e29F18E25753323d614490c936

15   0x3B9ECe84F4a7550fb7d0F5e14260673461f6DC7c

16   0xb7108cf35DE32f012Fa92Ce5602b154185b2D408

17   0x508f7fF93e15438d41C9Ac596A8d848a29520A91

18   0x3bf46C2F5A784B32Afd3a54c87863F01ed711541

19   0xBCAec63946CC1B0eD9646E6c1b1eF645BaA3e360

20   0x47462B6BD435634b61F9208A8B2f09B789953244

21   0x435509F2B1a70578ff52F990cA0E000d4AE2B8D9

22   0x00d7566C469B5936B720b589afbAD47f646b954F

23   0x37489982B4E2DfF94BF7D04D8031541ce76e40E2

24   0x60DBDf08B15F4722259097635901A042eb6c3fa0

25   0xa7e874E0A24f45A9D5EC67Fd63290D341D8b404A

26   0x3C6Df4ea6B9247215bb462DC9219e6082467460b

27   0x0dB70a34000bAE8fd6A98E99795EcD4B2f658027

28   0xD8c4F003DB1a6c383566779cdbFe16a6018906dB

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

| | |
|---|---|
| 1 | 0x9E3a3E6D78F940da2c11F00707DE485C465D5646 |
| 2 | 0xE04f5B6F583f5fE25268480E277599C83206D7Ed |
| 3 | 0xF8c1E5116eDE63BDB09E8a820A2d26d106beb8d3 |
| 4 | 0xBabdA434461D06dC11a527994E81CADF9D3C6035 |
| 5 | 0x1bC92c85EC52758549843A26Ec3d07D8384Ff53f |
| 6 | 0x80bb9FBf37851454E1837E5fCAb63eECc3086a00 |
| 7 | 0x4f6901869ABB1d980CBaf388e8B1dDeE25852213 |
| 8 | 0x0E0bdFc5A9bD733c2F20906428795D1553C1bd24 |
| 9 | 0xA5574C3fBf47060Fcd4e92C87983f3BB55BE7692 |
| 10 | 0xa5E9C89f672E8A4cbF2f346FEcD1F277E6C78006 |
| 11 | 0x42a77d515AE8271c6b8cE2B5016f58990999A629 |
| 12 | 0xafb4b09274B8c76eD20773859e01859CfeCb49B3 |
| 13 | 0x56F53Ad3B7C4c190000D9584f4687089e9DA0822 |
| 14 | 0xF6c33eD5A930441B84AE52Ed667c7D77dDEC953f |
| 15 | 0x5547e1587E8a17f6264C97Bf4dC20630aaf3B39f |
| 16 | 0x67C05A92741A5D10c6AAcFE02682E69D22c087B0 |
| 17 | 0xcd39992DBcc6F2aAdfC53A370644fB4F6E74E271 |
| 18 | 0xf834583E2844AC2262aB52d4B943cb24A4328324 |
| 19 | 0x76DEF9C3194CbE6c857BE24980729913aFd50272 |
| 20 | 0xF915dB509Ca5f93A213a9e121e69e6D36037eF2f |
| 21 | 0xa600A68Ca3970C6fAAF4288E728638ca6ce397c4 |
| 22 | 0x9D67d9Aba4e330c7FA578643F99d95f653924dd7 |
| 23 | 0xba025601D82D7c048C18a649098b25d6CdD7E978 |
| 24 | 0xbCB8A3cdC099B8bc692D1ba393ee6Dfa57e3b60a |
| 25 | 0x90ef6046c1e43ce33DB6930b6ae46d94D4D366C5 |
| 26 | 0xED10896919D5E57dE28803be4c0804AE5D12F132 |
| 27 | 0x7b00c4eA329eF0892443D0ff124aD247955eA49A |
| 28 | 0xd4547A063130Bda8580Baaf671c5C525912B32B0 |

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

| | |
|---|---|
| 1 | 0x9c06EcdF4D089db538EF95729eC5A29d7B3684E2 |
| 2 | 0xD0291B33D17bC267c2cc3E18320B71f6623e7a6B |
| 3 | 0xD409Dc76eA77a45372fE9640B09c5381C057C8FF |
| 4 | 0xB84028b16F874F0D50FE7EAfcB77393c0bB918C9 |
| 5 | 0xa926E550C88Db2f84e35390c03c604dF2645c862 |
| 6 | 0x18Ba14C97a61bBbaB890eABcE3F4Ae3Ac16f2299 |
| 7 | 0x37206199b8e90bC7037a4395Ab26A95c066737cC |
| 8 | 0x6524F4A1e721d70F0a05598626FF5A8D9219e55C |
| 9 | 0x73D873CbB8D564622759ED7e50DFf8046Ba36B0d |
| 10 | 0x31C13583a64c51ed6650A1b3Fb3ad62C7A9f09ec |
| 11 | 0x3eaCdfd2d9C6a6408BE4Bab0198a234B4AA43086 |
| 12 | 0x04d20cD20739bEf0F80ae9df46270BF22FD215Ab |
| 13 | 0xbDb79488c86602779efE3D6aaB1bd6b7EfC55E12 |
| 14 | 0xbe79342e98Aa86Bf94e5F303A4bB904B764542dc |
| 15 | 0x8EF1fa30ff5c2eA66d7D80f93FF7dD00692EEc67 |
| 16 | 0x24e94718A6BDDc37004Fe250521F6721FfE359Ec |
| 17 | 0xA02F6FD865C70e95287634249288F1ED995d20f7 |
| 18 | 0xfAcdF092F8f3139A519f5BE5EAd6d0a01D0D69b1 |
| 19 | 0x18F6398D89dbE387E511a01eAC9FD9405bE8759B |
| 20 | 0xD77801bcd13f03b3327E943Ba38D14C44D97d13F |
| 21 | 0xFbA63A440D1ca445f226cc988d4a125a29d07940 |
| 22 | 0xA00FA50a3c59c5a6F8BaF414560766150418AAE4 |
| 23 | 0x98B33317560534cfFA7803b5F260834081C71aB2 |
| 24 | 0xCae47fdD296d54aAaC6694256c892B2F913CcdfE |
| 25 | 0x6De0dd7FF1d946166092fE2E5C612aD2A8Ac4601 |
| 26 | 0x1F972cB388CB57266E74116C31CEF3B9e7880960 |
| 27 | 0x8bDE39e942435d44AcDe50baCd310Cab903C9eE2 |
| 28 | 0xD001a56e92Ca23efd129a649ecB7B524260B0E2f |

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

| | |
|---|---|
| 1 | 0x8B992782f8A2E4B11c14Fda55630C9Ba9B9aF8e5 |
| 2 | 0x527cc1BE2652D37c0B8703d7e5B62914C39E2577 |
| 3 | 0x937fde13236A06EbFDcd73e0ff943475375cCee1 |
| 4 | 0x4c2de28F9aDabfA7377199A2D3CE6F747615f441 |
| 5 | 0x961509dF10bE2b6c661be73C9363c6B0DE3FEd8f |
| 6 | 0xC832b8593b96bb25B59AD482b7A48f735b872963 |
| 7 | 0x96B5EbE0385F7e4583B0b66590531836C0309DC5 |
| 8 | 0xb1A8c74Bb945107Bb114ED20eE03D1A3695A18e5 |
| 9 | 0xC21e7E2c67Ba38062D6B831D33c9fA54aabe34BE |
| 10 | 0xc7299032c1A14a5802aF2c33f14660D88241505C |
| 11 | 0xddEb8338845c0e333684187874E664A5FC262b66 |
| 12 | 0x670bb8492eFb21e56D673C7a62d23205A8a54B92 |
| 13 | 0x8ab4f99C8fA3802F85ea46D5Ab30a1D55265e93e |
| 14 | 0xe9dcE0C86dd50AB6282D4Ce325181801858a6dAC |
| 15 | 0x8a018D8049Ef33Aa7E243392695b7B0dC1ecE265 |
| 16 | 0x98f793A2c5AF7fC2Deb88c67591C17cF0c4D4E2d |
| 17 | 0xc2A0a868295436568B7CD4069Ac343b868eD2Cd2 |
| 18 | 0xdf9e43880be62Ce20F9D0EB53F7C7E45F8B5D866 |
| 19 | 0x0f6E73841D61ade33a09912651848E2826431e1D |
| 20 | 0x5258cB0D4d79F22F617d6d990C3dD7E4753c46f2 |
| 21 | 0xED2Ae70A34DdFe7e11DB3852eeea2822AC783729 |
| 22 | 0xc281ca7C69E7c60c400831a197Eb4fDaEB18e583 |
| 23 | 0xBaA927a6D60D26E9D19c722d5faA4F2Abd7d6929 |
| 24 | 0xB139898b89A34c0da181aABD678a93C2DA68Ad5a |
| 25 | 0xbD3D2A7a8e3A4b53cdE9Ede19FC3FecfED8A37d1 |
| 26 | 0x1F2F23fB853f7E1eB0c831060Bf82299bf9a0103 |
| 27 | 0x9504c6111672170CA96C597D5D1f41ad5dC05343 |
| 28 | 0x0EBC6fE0593E68388a1dF7ac4D6e0814Ca9AeBc9 |

| | |
|---|---|
| 1 | 0x08DB393CDA7C853B8d3A21eD5cd4FF5D843ff33f |
| 2 | 0x96f62dc3B3D45Eea138e66d38F95c224eddFB8D3 |
| 3 | 0xF3Dd242F331a62b2dd3eC23F817568F40DdAeA33 |
| 4 | 0x88Ec5F5A9becdb5f7A5c42E88d49Dc2975e194B1 |
| 5 | 0x351B64b04D1f55B249fFbf83D6458148d650808d |
| 6 | 0x17f12314993CCBF13bb569F18969C751ae9c695D |
| 7 | 0xd8a644c6f319BE9dA79A0dD09d14E1af9E15090d |
| 8 | 0xbdD68C08c7513A69a3329865cB1F9D2E90A33Bde |
| 9 | 0xaf177daD83F36Acd106d666F829d57C0d52e144F |
| 10 | 0x5618513c997e5Ae3A7295FF0878aFEd0Dda84534 |
| 11 | 0xfD5c4BeaA54296999e01c613db09Bbc11273e237 |
| 12 | 0x413cF16c6da30c75db41616ace10e982D25D3FE2 |
| 13 | 0xee65DEED460F047F667FbCC4196E0551f7eCCf3C |
| 14 | 0x2d69348985D1d2EBb304B6F3ff8635B9cae2320d |
| 15 | 0x4b3CB270A6b6ef603998dc4A6b4b66711A2E62C0 |
| 16 | 0x9D6A2d3F052cc9372318EC93690D60D4a5118A78 |
| 17 | 0x86d912e00229220f904397932855806d6403Af6C |
| 18 | 0xF55ad3f4Cbca16B0D8DbCCd51429C54C6A2B7fbE |
| 19 | 0x30821da4b6cae094b3026eDBb390d9461289A4df |
| 20 | 0x56AcE8884507982C818DcCBa9D3E2Cc95A2061c0 |
| 21 | 0x6e8d5211c810055bdf11539DAb25089BffFFB092 |
| 22 | 0x59c82203228506Ec19a8036Ee38373F8771cDB38 |
| 23 | 0xC45a1c6E33fd5CC2e0C039A16aDa9bC07A58668C |
| 24 | 0xcb27ac7761F0878cE65Fdd4E24d6f831acC0C0f1 |
| 25 | 0x5D6B701E141bB50753d7A6D4ca09337DE31c7619 |
| 26 | 0xa8f48dB1E1fc2E933D9E1beEFA492ab5A482C4Ef |
| 27 | 0xa16F318Fa0C63C304DE8FF5Ba1D7ef8B1596a6bd |
| 28 | 0xFE923588d09F129106Dfa29eEfd025e328DBFf4f |

1  0x7f44b3a68B21AE5eC56723a6b85303dF8D792B5C

2  0xaC7f90D3Ee4D16a2421f3d44C80973dC612f48c3

3  0x9E8154Dea58b56efC4944325Af6c7D2122Bc1e0e

4  0xCDf21C6390C84cb91C3153E0Fb5B88D8AaA576d6

5  0x683403344c013b3129ddAfe425dC46f9BfFf3dC9

6

7  *Ethereum (56)*

8  0x9417709C0D92BA1e3aD36424936b37462a96C720

9  0x693D48ab2aC1d1f876FE1503a465c6046D06F37B

10  0xE26ac6965190A628dC59Ec100Ac8B9de189bb072

11  0xBA2B6271cCF137C920Af72336D491a6653003592

12  0xe44afCb25F9c868c0847E91f17569dA3117B03B3

13  0x79F8293B151f0a639164415d6CCde723Fa2bA0aD

14  0xd539b2F82DC2604b1D97414fB12395797A079863

15  0x2aF8528f89332a5699feC3fF0b8fa24adcE8806A

16  0x0E3aaE8004D676e28B8efA9c0b6cb9b813267200

17  0x5bC612179DF483D1F025A84B9360b51274470F0f

18  0xA9196e838dB5d8bBF032d85c58E4f2296B6B883A

19  0xe0e4eCBACB42868B5ce50e3A21C787AD199d8D37

20  0xD42886fB11a40Ce29bfFe82788124B1AfB3B8F1E

21  0xe9Ae31438D9b47fa72F6aD1A77ceeCB29A60e146

22  0x9D5BFEd5442775702729E462608527f09B689A25

23  0x19353524dfB0f22B04187091759A38E2A28a7185

24  0x2b177e3A89aB4605294cEf0131103B5CE0eC4bfe

25  0xefc287b90A8e7b161fFb546dC57Ec79a5c8772F3

26  0x00f9706eaF076691f82550429E864F9323C1BFCd

27  0xFBee5baBA85C839e3E6aBD11b7eF4D8001357f82

28  0xF2AC88E9573B0CEEF00b3765485bedA05451A73C

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

1   0xF0ada1cDE9194fA1328faa9fcf2E308207001Aa1

2   0x8603bEBB5Cd6a303908C54A303134e9fB0025242

3   0xEBb2755a1943329A38419b0fC114f340778122Bd

4   0xB512834f45466Da81Fd52E6034763cCD4f0BDc6E

5   0x3a1277f1b4aF85F2725662fCa44f0281fbCC7B34

6   0x26196D89281e89f910c187b992C47C90D8200283

7   0xd9895644416881cF0B90A5C5a7F7FCE55B4c1cab

8   0x0A3B76f407dDCa8c4B44CeA0F523De2A9eE81e98

9   0x6De77f39394dB5815acE41e12F40561333C372a8

10   0xFEdDcCb72715EFbFbC8b6542Ce12fC2DAe5C2972

11   0x5b74F93d7E0e1FD4DD40dDF6aE4F648209de3927

12   0xD4698477E65C7be219094aC71F65F40582EF5dbe

13   0x0FD943b1e5328F234a83013F9eAe6972C9794ec3

14   0x376154fa87Bc51640598B5c5111Cdbc0BdE6A2d6

15   0x4dd9B65dcd8a0e191c73438496Ddb480e8A07a31

16   0x4D3cBf63C81042C53508fA32f8DFD4C8DeE0f06c

17   0x9FA26F7bb0A179539CF7F3Ae8525d88911a535d0

18   0x78f91C5bFEBc9f0453E8a836647B8AcDD06ca96d

19   0x6D53412A1A40d3f37cc06ceB95AcEaa4e5499795

20   0x475C9E6E27F17DBE998f330C9A137C8eBdD570F8

21   0x4bc470F9d2606657DA9Ff65573678EB353e7b922

22   0x11e4eFC97BB237374E61576b1103Da7ca99C9D2D

23   0x6b3Cd892d43AD8FC3AFD79Db309acF89ec8b5266

24   0x548843809784c0d73Bcb4270cD675Db40ac0539A

25   0x6551178f55AF243d7dD20A718e10df61DcF697bc

26   0x3B8DEcD777f55c6cfbec5E4cd3b12686B0Ab7c7D

27   0x5c35C695D392C30A88ad97466607ADfc20DC4a99

28   0x2Cb22939C8b4cb018541c8ecA23CCD63dBC55aB2

1  0xB064378734D3f5987BC3166399F1d2c19959cC52

2  0xa0652ae3FB4a0415e67f0dcfdBd465ff4850782e

3  0xED9d498Ce35d8f761Af02084e19398D187C05FcC

4  0x5AaC8624C71ce5DC626C33Af38A8E50663B40Cfb

5  0x1030003f2C52F1B3b382D82D97889c498d32A8f3

6  0x1401Ea9C07e1EE7f708D9de33B0F135A6De5ac02

7  0x95b35a32E3bcE87f94F03276CDEE5F7852C75312

8  **Pivot Wallets**

9  *Polygon (4)*

10  0x672A0bAE90828677a0F93e012FdE1914375DbCaB

11  0xB146736170B0C37965F704D022a80dA128AF8A97

12  0x0B5f9B23dFa28397aE7C673d590571882E78A6Fb

13  0x57c1d519EF2A29689Be9186AB08574634C1ccCB6

14

15  *Ethereum (9)*

16  0x30962D1d7eaAe6C4051F7B6242e7824E84148376

17  0xb0E5461254479a50c6914c1A1B6840C352406452

18  0x784dF3f96314571125ddbB75d1387FE1B9AFF1Ca

19  0xF431ECc9a4D1c562B459029eE98eb98573965a16

20  0x3343E36499Fe1c9f2A7B793D4d5A6C3287F2eF0C

21  0xDb51e909e5866FaF7a44423A49d8BFd61Eff421C

22  0x291a01db06f3f1DF03FB4b7E7e01430a4230Fbb5

23  0xd3a6A07e974118c68D55A8fE307AdA8b9b7153Fb

24  0x1F88c0252282a4b59de7896eAde9E28e9891B4f2

25

26

27

28

**Appendix B**

*Destination Wallets Frozen in Alabama Civil Action Number* 50-CV-2024-900163.00

**<u>Binance</u>**

THm7R5wHvqx8gZkCX9KS9hjhvUv5TrXU4y

TTTkoMc9VuVKTGFQJPxF5pS2f1XV5u5QHJ

TLB95AHgDtns5cohFKicTsE2zpFqcbzMM7

TBeUKtZxjcR6HmeVXV4TFeFWN3nvDDAqTw

TXMA8WaXdWa5EYkBhAMuCwjHjSdHGvyV2y

TCzHEWKCgo17CVwbkPFmZorDi9kWkpMbnd

TKJ77SjyQGAX4u711tneGXpgZLTVwRZ8Uk

TFsZ9UvNYS4tLPWLUzKsGviHsPsWFuKsH8

TPJV9ayW6YqPK9yddvaMzKwm424ySeJriK

TNRzzzCZ5x1HPS6LSca2MCamDLoJNQLTdW

TDuJLcreNwBzDp3RHrpsoTbhnw9s3QmPb9

TBJh9brKQp8ZvTq6vi5BvU9epdwEP63ysj

TWUeDMvPrY88cpX2EmFxHdd2xtWfm9cPDK

TLvFAMp7qZ7iF8fqqewM7AMjJtzZwjSWve

TGqjuFc8jxfjZBpUuFGnRLAXqzbHzYB4Wm

TLN6ayhvQqzFK1KweyNDfMiqMfgrZ2rMg3

TUjGaqLmBnYythnN5hPNELyJPBBmEcjXdW

TTv4AqmaKwMt2SagrSyRyqE7XB6dpLUHyd

THEJ47jWuKmwssvvo7hrmw1wyjFbxDR54p

TP9uatVfbAcZe4qAqANZ6Hjc7JrzGGYhro

TJphKU7t3aW1WoJ3ur9YW4zxNwE9cc6e2H

**<u>OKX</u>**

TSLj5S3KAfvK8mDtDBisZvWDGUbKUDR16v

TCeLkTvsCb6Tz2ik7xng1YoT9BYdcVxHnr

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

1  TJGebBJfUAgs4NUManaRFGQRpoLEwYPj2o

2  TLXtzgg2Axd7ThhhZRq5LoBLgsUYnx8TpZ

3  THGTenLmvqWycGLGtgRvX4wURiHQeDvNps

4  TFwi8cW7CUZ3mVY92hYaQiEoAYr5z1E2Kh

5  TUxrJsf1ZcRgXpfX9L2VLUCEJ5DUs2mWC7

6  TKuKfiyMCV65AK4A5YGLP3sgDnzkMc6fdp

7  TA8C3BnEyVvyPGTTEhcsNZz9jNNm6j8tbi

8

9  **Gate.io**

10  TXV4pAhJSk9BxetRLh2BvTEnyC8xc7VZM8

11

12  **KuCoin**

13  TDGGk3yNwo9uEmL69zmdwJwUYaCozZMQuD

14  TUijurbvTKwCpYzEi3TnC62gRLGCxn7q6T

15

16  **LBank**

17  TUNN5XDrQg6fkfUEdWcYDHgvPwXyxS1k2C

18  TGUSM4zJ6XrJ5xaD9pnB5eLrKy2GqjG3pC

19  TVXe59tPrQmFVrP4no59t1Vp3aDSfs8m2t

20

21

22

23

24

25

26

27

28

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

**Appendix C**

*Wallets on Ethereum Blockchain from Victim Wallets to Qbit's THGTen*

**Initial scammer wallets (Plaintiff):**

0xD4698477E65C7be219094aC71F65F40582EF5dbe

0xFBee5baBA85C839e3E6aBD11b7eF4D8001357f82


**Pivot Wallets:**

0x30962D1d7eaAe6C4051F7B6242e7824E84148376

0xb0E5461254479a50c6914c1A1B6840C352406452

0x784dF3f96314571125ddbB75d1387FE1B9AFF1Ca

0xF431ECc9a4D1c562B459029eE98eb98573965a16

0x3343E36499Fe1c9f2A7B793D4d5A6C3287F2eF0C

0xDb51e909e5866FaF7a44423A49d8BFd61Eff421C

0x291a01db06f3f1DF03FB4b7E7e01430a4230Fbb5

0xd3a6A07e974118c68D55A8fE307AdA8b9b7153Fb

0x1F88c0252282a4b59de7896eAde9E28e9891B4f2


**OKX Web3 DEX Router address:**

0xF3dE3C0d654FDa23daD170f0f320a92172509127


**SWFT bridge address:**

0x92e929d8B2c8430BcAF4cD87654789578BB2b786


**Bridge Destination Wallets:**

TGzEDAa5XAmcTWVxSrZfmLqtRYnfAH6fih

TNmZkHDCdbq7f5DXr9Qsbyq26uDbbgUDNS

TTtVjeGux4Uaun8EJVWgEUYeCkdn8a2gM5

TCsAJrom3GBrtzToRgfi9rA5sA2cbbtqVB

1 | TDBzuM9hAvBHP6yae417es9oqK66NEqVJ7
2 | TUrhEAu6ufCvDtpKdDjJAZAGpNVDJoVVhg
3 | TWNkDoiXcrBJM3yPQMEDMR8zU4hQZPPNjG
4 | TYJvZuZAGDJQMgGAK4Sf8Gd3UcjCzokxAS
5 | TG9WKX78JaVsstRAReEgvgt94RSSdwH7YR

**Appendix D**

**Table 1. List of scam related activities connected to THGTen**

| № | Name of entity | Type of activity | Number of hops |
|---|---|---|---|
| 1.1 | MEXCSION.com | Scam | 4 |
| 1.2 | BTMAEX.co | Scam | 4 |
| 1.3 | KSRSRA.com | Scam | 4 |
| 1.4 | EIKFOXEX.com | Scam | 5 |
| 1.5 | KK Park Scam Compound Ransom | Scam | 5 |
| 1.6 | M.ENROLLBANK.com | Scam | 5 |
| 1.7 | SGXCOINS.com | Scam | 5 |
| 1.8 | AIYFPROEX.com | Scam | 6 |
| 1.9 | COINDOEX.io | Scam | 6 |
| 1.10 | HELIOJW.com | Scam | 6 |
| 1.11 | DIAGEXIG.com | Scam | 6 |
| 1.12 | ZENEXCU.com | Scam | 6 |
| 1.13 | TDSREXPTO.com | Scam | 6 |
| 1.14 | ABUSA.cc | Scam | 6 |
| 1.15 | HFM.HDTUKC.com | Scam | 6 |
| 1.16 | M.SOLUTIONSFX.cc | Scam | 6 |

| № | Name of entity | Type of activity | Number of hops |
|---|---|---|---|
| 1.17 | AIYFPRO.com | Scam | 6 |
| 1.18 | KFGIT.cc | Scam | 6 |
| 1.19 | MCDEX.buzz | Scam | 6 |
| 1.20 | DecredGPT.com | Scam | 6 |
| 1.21 | HK-Trust.xyz | Scam | 7 |
| 1.22 | FOREXPROHTP.com | Scam | 7 |
| 1.23 | gndjk.com | Scam | 7 |
| 1.24 | PC.PERSHINGMENTLTD.com | Scam | 7 |
| 1.25 | KEN-EXS.com | Scam | 7 |
| 1.26 | app.guojkol.com | Scam | 7 |
| 1.27 | decxauait.com | Scam | 7 |
| 1.28 | Space-Contract.com | Scam | 7 |
| 1.29 | Reported as fraud TTBnMQ | Scam | 8 |
| 1.30 | MTFE.ca | Scam | 8 |
| 1.31 | bkextra.com | Scam | 8 |
| 1.32 | DigitalTurbine-Web.com | Scam | 8 |
| 1.33 | MKXPROIN.com | Scam | 8 |
| 1.34 | TRUST-AMM.com | Scam | 8 |

| № | Name of entity | Type of activity | Number of hops |
|---|---|---|---|
| 1.35 | Bora.band | Scam | 8 |
| 1.36 | FXCORP.cc | Scam | 8 |
| 1.37 | NMDABD.com | Scam | 9 |
| 1.38 | fffhna.top | Scam | 9 |
| 1.39 | OrbitzShop | Scam | 9 |
| 1.40 | SCYMAXS.com | Scam | 9 |
| 1.41 | BCTRADE.store | Scam | 9 |
| 1.42 | OKTEXA.com | Scam | 9 |
| 1.43 | WeAreAllSatoshi.org | Scam | 9 |
| 1.44 | WEB.FOUNDRYUS.com | Scam | 9 |
| 1.45 | WISECOINAAVE.com | Scam | 9 |
| 1.46 | DigitalSilk-us.com | Scam | 10 |
| 1.47 | Octobits - Telegram Bot | Scam | 10 |
| 1.48 | ZOOEXE.com | Scam | 10 |
| 1.49 | 2139.com | Scam | 11 |
| 1.50 | TNZJWNKJ.com | Scam | 11 |
| 1.51 | WNIUVND.com | Scam | 11 |
| 1.52 | YCOINTO.com | Scam | 12 |

Doc ID: 6b2b8b085fad5150dc2d8b1d2a2991eea8521fff

| № | Name of entity | Type of activity | Number of hops |
|---|----------------|------------------|----------------|
| 1.53 | Daisyforex.org | Scam | 14 |

**Table 2. List of fraud related activities connected to Qbit's THGTen**

| № | Name of entity | Type of activity | Number of hops |
|---|----------------|------------------|----------------|
| 2.1 | 387585.com | Fraud shop | 4 |
| 2.2 | TINDER1.xyz | Fraud shop | 4 |
| 2.3 | WY.67DS.top | Fraud shop | 4 |
| 2.4 | DUSHEFB.com | Fraud shop | 6 |
| 2.5 | DANAIVIP.com | Fraud shop | 6 |
| 2.6 | YF77688.com | Fraud shop | 6 |
| 2.7 | Matches-Millions of bases - Matchesbabycc | Fraud shop | 6 |
| 2.8 | YSS16888.com | Fraud shop | 7 |
| 2.9 | NISUS818.com | Fraud shop | 7 |
| 2.10 | XJQVIP.com | Fraud shop | 7 |