-1-

1  ALBERT TONG (SBN 208439)
   atong@maynardnexsen.com
2  JAMES J. HOCKEL (SBN 340612)
   jhockel@maynardnexsen.com
3  MAYNARD NEXSEN LLP
   Two Embarcadero Center, Ste. 1450
4  San Francisco, CA  94114
   Telephone:    415.646.4670
5
   Attorneys for Specially Appearing Defendant
6  UAB QBIT FINANCIAL SERVICE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MASHKEVICH, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UAB QBIT FINANCIAL SERVICE, *et al.*,<br><br>Defendants. | Case No. 5:25-cv-02565-PCP<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michael Mashkevich and Defendant UAB Qbit Financial Service ("Qbit Lithuania") hereby stipulate and agree that this action be dismissed with prejudice as to all parties and all claims, with each party to bear its own costs and fees.

Dated: June 13, 2025        MAYNARD NEXSEN LLP

By: */s/ James J. Hockel*
ALBERT TONG
JAMES J. HOCKEL

Attorneys for Specially Appearing Defendant
UAB QBIT FINANCIAL SERVICE

Dated: June 13, 2025        ESBROOK LAW LLC

By: */s/ Michael S. Kozlowski, Jr.*
MICHAEL S. KOZLOWSKI, JR.

Attorney for Plaintiff
MICHAEL MASHKEVICH

Pursuant to Local Rule 5-1(i)(3), the e-filer of this document attests that all signatories listed above have concurred in the filing of this document.

Dated: June 13, 2025

By: */s/ James J. Hockel*
JAMES J. HOCKEL